# Anne Lahren

**From:** Rico Mann <ricomannbelts@cox.net>
**Sent:** Tuesday, August 30, 2016 8:41 PM
**To:** DUNCAN G. BYERS
**Cc:** Cozette Y. Holland; Anne Lahren
**Subject:** FW: Confirmation of Receipt

Please find the gtoup filing for the ROH Tag Team and TV Titles

**From:** Copyright Office [mailto:noreply@loc.gov]
**Sent:** Tuesday, August 30, 2016 8:34 PM
**To:** ricomannbelts@cox.net
**Subject:** Confirmation of Receipt

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work 2012 Ring of Honor World Tag Team Championship Belt were received by the U.S.Copyright Office on 8/30/2016.

PLEASE NOTE: Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-3953557822 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS: If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-3953557822. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office


EXHIBIT A

## Anne Lahren

| | |
|---|---|
| **From:** | Rico Mann <ricomannbelts@cox.net> |
| **Sent:** | Tuesday, August 30, 2016 8:59 PM |
| **To:** | DUNCAN G. BYERS |
| **Cc:** | Cozette Y. Holland; Anne Lahren |
| **Subject:** | FW: Confirmation of Receipt |

ROH World Heavyweight Title Filing

**From:** Copyright Office [mailto:noreply@loc.gov]
**Sent:** Tuesday, August 30, 2016 8:55 PM
**To:** ricomannbelts@cox.net
**Subject:** Confirmation of Receipt

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work 2012 ROH World Heavyweight Championship Belt were received by the U.S.Copyright Office on 8/30/2016.

PLEASE NOTE: Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-3953689266 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS: If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-3953689266. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office