

Title Belt Design © 2003, Richard P. Mann, All Rights Reserved



Title Belt Design © 2003, Richard P. Mann, All Rights Reserved



Copyright © 2005, Richard P. Mann & Reggie Park's Championship Belts, All Rights Reserved

Copyright © 2005, Richard P. Mann & Reggie Park's Championship Belts, All Rights Reserved



Copyright © 2012, Rico Mann - All Rights Reserved



EXHIBIT B



Copyright © 1992, Reggie Parks - All Rights Reserved



Debut: July 12, 1992



Copyright © 2012, Parks, Millican & Mann, LLC - All Rights Reserved





Copyright © 1984, Reggie Parks - All Rights Reserved

Debut: Dec. 4, 1984



Copyright © 1991, Reggie Parks - All Rights Reserved

Debut: Feb. 17, 1991



Copyright © 2012, Parks, Millican & Mann, LLC - All Rights Reserved



Copyright © 2008, Rico Mann, All Rights Reserved



Debut: May 30, 1986





Debut: July 27, 2003