

EXHIBIT C



FIGURES TOY COMPANY
12826 COMMODITY PLACE
TAMPA, FL 33625 USA
PHONE: 813-749-0900
WWW.WRESTLINGSUPERSTORE.COM
©2014 RING OF HONOR WRESTLING
ENTERTAINMENT, LLC.
ALL RIGHTS RESERVED.

ITEM NO: ROHBELT902

MADE IN CHINA.

RING OF HONOR WRESTLING

FIGURES TOY CO.





