

HARVARD BUSINESS SCHOOL Executive Education — Strategic Perspectives in Nonprofit Management — LEARN MORE

myROH    cart (empty)

Not a member? - Sign up for FREE

# RING OF HONOR REPLICA BELTS AVAILABLE FOR PRE ORDER NOW



Ring of Honor and Figures Toy Company are proud to announce the release of official Ring of Honor replica belts! These belts were replicated from the actual handmade Ring of Honor championships worn and fought for by the stars of ROH. All three current Ring of Honor championships (World, Television, and Tag Team) have been replicated, as well as the Classic World Title belt. Each one of these ROH replica championship belts are available to pre-order NOW! Visit www.WrestlingSuperstore.com (http://www.wrestlingsuperstore.com/) or www.FiguresToyCompany.com (http://www.figurestoycompany.com/) to place your order for these amazing belts!

**Ring of Honor World Heavyweight Championship Adult Size Replica Belt**



Replicated from the actual handmade belt, the Ring of Honor World Heavyweight Championship Adult Size Replica Belt is an exact-scale replica of the one currently held by Jay Briscoe. This is a next generation style replica belt with 3D plates which measure 4 mm thick.

The belt measures 4 feet 5 inches long and weighs 6.75 pounds. The simulated leather strap is black in the front and red in the back. The center medallion measures 9.5 inches high. Fits up to a 46 inch waist. Comes in a cloth carrying case with the ROH logo on it.

**AVAILABLE FOR PRE-ORDER! ESTIMATED RELEASE DATE IS APPROXIMATELY EARLY APRIL 2015 BUT IS SUBJECT TO CHANGE!**

**Ring of Honor Classic World Heavyweight Championship Adult Size Replica Belt**



EXHIBIT D



Replicated from the actual handmade belt, the Ring of Honor Classic World Heavyweight Championship Adult Size Replica Belt is an exact-scale replica of the one that was held by such stars as Samoa Joe and Bryan Danielson. This is a next generation style replica belt with 3D plates which measure 4 mm thick.

The belt measures 4 feet 2 inches long and weighs approximately 4 pounds. The center medallion measures 8 inches high. Fits up to a 46 inch waist. Comes in a cloth carrying case with the ROH logo on it.

AVAILABLE FOR PRE-ORDER! ESTIMATED RELEASE DATE IS APPROXIMATELY EARLY APRIL 2015 BUT IS SUBJECT TO CHANGE!

Ring of Honor World Television Championship Adult Size Replica Belt



Replicated from the actual handmade belt, the Ring of Honor Television Championship Adult Size Replica Belt is an exact-scale replica of the one that is currently held by Jay Lethal. This is a next generation style replica belt with 3D plates which measure 4 mm thick.

The belt measures 4 feet 1.5 inches long and weighs approximately 4.5 pounds. The center medallion measures 9.25 inches high. Fits up to a 46 inch waist. Comes in a cloth carrying case with the ROH logo on it.

AVAILABLE FOR PRE-ORDER! ESTIMATED RELEASE DATE IS APPROXIMATELY EARLY APRIL 2015 BUT IS SUBJECT TO CHANGE!

Ring of Honor Tag Team Championship Adult Size Replica Belt



Replicated from the actual handmade belt, the Ring of Honor Tag Team Championship Adult Size Replica Belt is an exact-scale replica of the one that is currently held by reDRagon. This is a next generation style replica belt with 3D plates which measure 4 mm thick.

The belt measures 4 feet 3.5 inches long and weighs approximately 6 pounds. The center medallion measures 9.5 inches high. Fits up to a 46 inch waist. Comes in a cloth carrying case with the ROH logo on it.

**AVAILABLE FOR PRE-ORDER! ESTIMATED RELEASE DATE IS APPROXIMATELY EARLY APRIL 2015 BUT IS SUBJECT TO CHANGE!**

Visit www.WrestlingSuperstore.com (http://www.wrestlingsuperstore.com/) or www.FiguresToyCompany.com (http://www.figurestoycompany.com/) to place your order for these amazing belts!

| EXPERIENCE | CONNECT | VIEW | GENERAL |
|---|---|---|---|
| Buy Tickets | Blogs | TV | Contact Us |
| Order IPPV | Facebook | IPPV | FAQ's |
| Schedule | Twitter | VOD | Terms of Use |



ROH Shop

© 2016 Ring of Honor Wrestling Entertainment, LLC. All Rights Reserved | Privacy Policy | Terms of Use

You have 0 item(s) in your Shopping Cart.     Sign Up | Login | Shopping Lists | View Cart | Checkout     Search Site: [Go]



Home | About Us | Contact Us | Sister Sites | Shipping Policy | Return Policy | Wholesale | Prototypes/Coming Soon | Fan Photos

**SEARCH SITE**

**SHOPPING CART**
Your cart is empty.

**SHOP BY CATEGORY**
- Shipping Now
- Pre-Order/Coming Soon
- Retired Products
- Variants & Exclusives
- 18 Inch Retro DC Comics Action Figures
- Gift Certificates
- Batman Classic TV Series Action Figures
- Figure Accessories
- Batman Retro Action Figures
- Conan The Barbarian Retro 8 Inch Action Figures
- Dallas Action Figures
- DC Comics 8 Inch Action Figures With Mego-Like Retro Cards
- DC Comics Retro "First Appearances" Series 1 Action Figures
- DC Comics Retro Kresge Style Action Figures
- Dukes of Hazzard Action Figures
- Evel Knievel Action Figures
- Gilligan's Island Action Figures
- Justice League of America Special Edition 8 Inch Retro Figures
- KISS Action Figures
- Limited Edition Multi-Packs
- Mad Monster Series
- President Obama Action Figure
- Factory Cases
- Harry Potter 8 & 12 Inch Action Figures
- Legends of Professional Wrestling
- Loose Figures Sealed In Factory Bags
- Mego 8" Super-Heroes: World's Greatest Toys!
- Special Edition Book
- Replica Wrestling Championship Belts
- Retro Playsets
- Ring of Honor Wrestling
- Rising Stars of Wrestling
- Santa Claus 8 Inch Retro

Home > Ring of Honor Wrestling > Ring of Honor Wrestling Action Figures Special Deal: Series 1 Figures, Ring & Accessory Pack

## Ring of Honor Wrestling Action Figures Special Deal: Series 1 Figures, Ring & Accessory Pack

<< Previous in Ring of Honor Wrestling                                               Next in Ring of Honor Wrestling >>

Price: $209.99
Item Number: ROHS1DEAL
Quantity: [1] [Add to Cart]
Add to a new shopping list

[Like] Be the first of your friends to like this.

Email this page to a friend

In this special deal you get our ROH Wrestling ring with exclusive Michael Elgin figure, ROH Figures Series 1 & Our Action Figure Belt Collectors pack!

Get ready for the wrestling figures that are taking the toy world by storm! Ring of Honor Wrestling and Figures Toy Company have formed the ultimate tag team to bring collectors the first ever series of Ring of Honor Wrestling action figures!

Since it's inception in 2002, ROH has hosted some of the most amazing wrestling action ever seen. Now, for the first time ever, the stars of Ring of Honor have been immortalized in action figure form! Each series of Ring of Honor wrestling figures will consist of four of the greatest athletes to ever set foot in the ROH ring! In addition to the stars currently on the ROH roster, some of the most popular faces from Ring of Honor's rich history will be included in this line!

Ring of Honor Series 1 kicks things off in a big way, with four of the most hard-hitting, dominant stars to ever wrestle under the ROH banner. They are Kevin Steen, Jay Lethal, Jay Briscoe and Mark Briscoe.

Each Ring of Honor action figure stands at 6 inches tall, and is compatible with other figures on the market, including the upcoming Rising Stars of Wrestling and Legends of Professional Wrestling set for release by Figures Toy Company. These figures feature highly detailed likenesses and the attire designed for these figures is based on authentic ring gear. Each figure comes sealed in a plastic clamshell packaging that can be opened and resealed to keep your figures protected. Don' miss out on the figures that wrestling fans have been waiting for. Order Ring of Honor Series 1 today!

**Related Products**

Figure
Shazam Retro 8 Inch Action Figures Series 1
Super Friends 8 Inch Retro Action Figures
Super Powers 8 Inch Action Figures
Superman Retro 8 Inch Action Figures
Tarzan Retro 8 Inch Action Figures
Teen Titans 7 Inch Action Figures
The Monkees Retro Action Figures
The New Teen Titans Series 1
The Three Stooges Action Figures
Wonder Woman Retro 8 Inch Action Figures

**SHOPPING LISTS**
[        ] Go


CREATE AN ACTION FIGURE OF YOURSELF!
MYFACEONAFIGURE.COM

**RECENTLY VIEWED**
Ring of Honor CLASSIC World Championship Adult Size Replica Belt
$329.99


Ring of Honor Wrestling Action Figures Series 1: Set of all 4
Price: $99.96


Ring of Honor Wrestling Action Figures Series 1: Kevin Steen
Price: $24.99


Ring of Honor Wrestling Action Figures Series 1: Jay Lethal
Price: $24.99


Ring of Honor Wrestling Action Figures Series 1: Jay Briscoe
Price: $24.99


Ring of Honor Wrestling Action Figures Series 1: Mark Briscoe
Price: $24.99


Ring of Honor Wrestling Action Figures Series 1: Factory Case of 12
Price: $299.88


Ring of Honor Wrestling Action Figure Championship Belt Accessory Pack
Price: $19.99


Ring of Honor Wrestling Action Figure Ring With Exclusive Michael Elgin Figure
Price: $99.99


Ring of Honor World Championship Adult Size Replica Belt
Price: $329.99


Ring of Honor World Tag Team Championship Adult Size Replica Belt


Ring of Honor World Television Championship Adult Size Replica Belt


Ring of Honor CLASSIC World Championship Adult Size Replica Belt

Price: $329.99 — Add to Cart — More Info
Price: $329.99 — Add to Cart — More Info
Price: $329.99 — Add to Cart — More Info

FIGURES TOY CO.  813.749.0800  12826 COMMODITY PLACE  TAMPA, FL 33626

Home | About Us | Contact Us | My Account | Shipping Policy | Return Policy | Privacy Policy | Sitemap | Cart Help

© 2016 Figures Toy Company



myROH | cart (empty)
Not a member? - Sign up for FREE

# RING OF HONOR CHAMPIONSHIP REPLICA FINGER RINGS ARE NOW

Baltimore, MD (November 18, 2014) - Ring of Honor Wrestling® (ROH) and Figures Toy Company today announced that Ring of Honor Championship Replica Finger Rings are now on sale.

Diehard fans can now represent ROH and their favorite championship wherever they go with this unique collectible item. Each ring comes in a ROH collectible ring box for storage or display purposes.

Collect all four of the Ring of Honor Championship Replica Finger Rings:
- The ROH Championship ring
- The ROH World Tag Team Title ring
- Throwback ROH Championship ring
- The ROH World TV Title ring

The Ring of Honor Championship Replica Finger Rings can be purchased exclusively at:
www.WrestlingSuperstore.com (http://wrestlingsuperstore.com/ringofhonorfingerrings.aspx) and
www.figurestoycompany.com (http://www.figurestoycompany.com)

About Figures Toy Company:
Figures Toy Company is a premier manufacturer of officially licensed collectible figures based on the hottest sports and entertainment properties in the world. Figures Toy Company has the rights to Ring of Honor as well as several other global entertainment brands including: KISS, DC Comics, Conan the Barbarian, Dallas, Dukes of Hazzard and Gilligan's Island among others. For further information, visit http://figurestoycompany.com (http://figurestoycompany.com).

About Ring of Honor Wrestling Entertainment, LLC:

Ring of Honor Wrestling is owned by Sinclair Broadcast Group, Inc., the largest and one of the most diversified television broadcasting companies with affiliations across all the major networks. Sinclair's television group will reach approximately 38.1% of U.S. television households, including pending transactions.

Follow ROH on Twitter: @RingofHonor (http://twitter.com/ringofhonor)
Like ROH at: Facebook.com/RingofHonor (http://www.facebook.com/RingofHonor)

For more information on Ring of Honor, visit: www.ROHwrestling.com (http://www.ROHwrestling.com).

Check your local listings to see where you can watch Ring of Honor TV each and every week or subscribe and watch online at: www.ROHWrestling.com (http://www.ROHWrestling.com).



## EXPERIENCE
Buy Tickets
Order IPPV
Schedule
ROH Shop

## CONNECT
Blogs
Facebook
Twitter

## VIEW
TV
IPPV
VOD

## GENERAL
Contact Us
FAQ's
Terms of Use

© 2016 Ring of Honor Wrestling Entertainment, LLC. All Rights Reserved | Privacy Policy | Terms of Use

You have 0 item(s) in your **Shopping Cart**. | **Sign Up** | **Login** | **Shopping Lists** | **View Cart** | **Checkout** | Search Site: [ ] Go



- HOME PAGE
- MY ACCOUNT
- ABOUT US
- SITE MAP
- CONTACT US
- SHIPPING INFO
- CART HELP
- RETURN INFO
- FREE GIFTS
- FAN PAGES

**SEARCH SITE** [ ] Go

Home > Finger Rings > Ring of Honor Finger Rings > Ring of Honor Television Championship Finger Ring

## Ring of Honor Television Championship Finger Ring

**MY ACCOUNT LOGIN**
Email Address: [ ]
Password: You will be prompted to enter your password on the next page.
Go
Create an account
Forgot Password?

**SHOPPING CART**
Your cart is empty.

PayPal CREDIT — Get more time to pay

**CATEGORIES**
Gift Certificates
New Items/ Just Arrived
Best Sellers
Authentic Autographed Items
Autographs/Photos/Posters
Championship Wrestling Belts
Finger Rings
  Ring of Honor Finger Rings
  WWE Championship Belt Finger Rings
Hulk Hogan Merchandise
Non Wrestling Items & Figures
Ring of Honor Wrestling Products
Spinning Championship Toy Belt
Talking Wrestling Figures (Exclusive)
TNA Impact Wrestling Merchandise
UFC Merchandise
Web Site Special Deals
Wrestling Action Figure Gear
Wrestling Action Figures
Wrestling DVDs
Wrestling Trading Cards
Wrestling T-Shirts
WWE Jewelry
WWE Miscellaneous Items
WWE Replica Belt Buckles

<< Previous in Ring of Honor Finger Rings     Next in Ring of Honor Finger Rings >>







Price: $50.00
**In Stock**
Item Number: ROHFINGERRING03
Quantity: [ 1 ] Add to Cart
Add to a new shopping list

 Like

Email this page to a friend



Introducing the Officially Licensed ROH Television Championship Replica Finger Ring, made by Figures Toy Company. The ring is made of brass to simulate the gold and also is finished with black hematite to simulate the belt strap. The ring has an adjustable shank that fits rings size 6 to 12 with ease. Ring will be shipped in a black jewelry box with the ROH logo printed on the inside of the box.

**Related Products**


Ring of Honor World Championship Adult Size Replica Belt
Price: $329.99
Add to Cart  More Info


Ring of Honor World Tag Team Championship Adult Size Replica Belt
Price: $329.99
Add to Cart  More Info


Ring of Honor World Television Championship Adult Size Replica Belt
Price: $329.99
Add to Cart  More Info

**FEATURED**

Ring of Honor World Championship Adult Size Replica Belt


$329.99

Wrestling Ring for Action Figures by Figures Toy Company

$59.99

Highwire War Wrestling Action Figure Playset by Figures Toy Company

$19.99

24 Piece Action Figure Championship Belt Mega Deal

$49.00

30 Piece MASSIVE Wrestling Accessories Pack

$29.99

Blue & Gray Breakaway Wrestling Figure Commentators Playset

$14.99

ULTIMATE Ladder, Table & Chairs Black Playset

**Currency Converter**

Amount: 1
From: US Dollar (USD)
To: Euro (EUR)
[Convert]

www.exchange-rates.org

**RECENTLY VIEWED**

Ring of Honor World Television Championship Adult Size Replica Belt

$329.99

Ring of Honor CLASSIC World Championship Adult Size Replica Belt

$329.99


Ring of Honor CLASSIC World Championship Adult Size Replica Belt
Price: $329.99
[Add to Cart] [More Info]


Ring of Honor "Pick Any Two" Championship Adult Size Replica Belts
Price: $599.99
[More Info]


Ring of Honor Complete Set of all 4 Championship Adult Size Replica Belts
Price: $1,099.99
[Add to Cart] [More Info]


Wrestling Figure Gear Special Deal #1
$15.99


Ring of Honor World Heavyweight Championship Finger Ring
Price: $50.00
[Add to Cart] [More Info]


Ring of Honor Classic World Heavyweight Championship Finger Ring
Price: $50.00
[Add to Cart] [More Info]


Ring of Honor Tag Team Championship Finger Ring
Price: $50.00
[Add to Cart] [More Info]


Talking Wrestling Ring Announcer Action Figure by Figures Toy Company
$16.99


Ultimate Wrestling Ring Barricade Playset
$29.99

**SHOPPING LISTS**

[     ] Go

**SHOP BY PRICE**
$1.00 to $24.99
$25.00 to $49.99
$50.00 to $99.99
$100.00 to $199.99
$200.00 to $299.99
$300.00 to $399.99
$400.00 to $5,000.00



Home | About Us | Contact Us | My Account | Shipping Policy | Return Policy | Privacy Policy | Wholesale Info | Sitemap | Cart Help

© 2016 WrestlingSuperStore.com

You have 0 item(s) in your Shopping Cart.    Sign Up | Login | Shopping Lists | View Cart | Checkout    Search Site: [    ] Go



| HOME PAGE | ABOUT US | CONTACT US | CART HELP | FREE GIFTS |
| MY ACCOUNT | SITE MAP | SHIPPING INFO | RETURN INFO | FAN PAGES |

**SEARCH SITE**
[    ] Go

**MY ACCOUNT LOGIN**
Email Address:
[    ]
Password:
You will be prompted to enter your password on the next page

Go

Create an account
Forgot Password?

**SHOPPING CART**
Your cart is empty.

PayPal CREDIT
Get more time to pay
Check out with PayPal and choose PayPal Credit

**CATEGORIES**
Gift Certificates
New Items/ Just Arrived
Best Sellers
Authentic Autographed Items
Championship Wrestling Belts
 NWA Adult Size Replica Belt
 UFC Adult Size Replica Belt
 Ring of Honor Replica Belts
 WWE Replica Belts
 Customizable World Championship Spinning Belt
 Replica Belt Accessories
 WWE Replica Belt Personalized & Extra Nameplates
Finger Rings
Hulk Hogan Merchandise
Non Wrestling Items & Figures
Shipping Now
Spinning Championship Toy Belt
Talking Wrestling Figures (Exclusive)
TNA Wrestling Items
UFC Jakks Figures & Toys
Web Site Special Deals
Wrestling Action Figure Gear
Wrestling Action Figures
Wrestling DVDs
Wrestling Magazines
Wrestling Trading Cards
Wrestling T-Shirts
WWE Autographs/Photos

Home > Championship Wrestling Belts > Ring of Honor Replica Belts



Displaying products 1 - 11 of 11 results        Show: 35    Sort: Default


**Universal Replica Belt Wall Hanger (Black)**
Price: $15.99
Add to Cart
More Info


**Ring of Honor World Championship Adult Size Replica Belt**
Price: $329.99
Add to Cart
More Info


**Ring of Honor World Tag Team Championship Adult Size Replica Belt**
Price: $329.99
Add to Cart
More Info


**Ring of Honor World Television Championship Adult Size Replica Belt**
Price: $329.99
Add to Cart
More Info


**Ring of Honor CLASSIC World Championship Adult Size Replica Belt**
Price: $329.99
Add to Cart
More Info


**Ring of Honor "Pick Any Two" Championship Adult Size Replica Belts**
Price: $599.99
More Info


**Ring of Honor "Pick Any Three" Championship Adult Size Replica Belts**
Price: $879.99
More Info


**Ring of Honor "Pick Any Four" Championship Adult Size Replica Belts**
Price: $1,099.99
More Info


**Ring of Honor Complete Set of all 4 Championship Adult Size Replica Belts**
Price: $1,099.99
Add to Cart
More Info


**Ring of Honor "Pick Any Five" Championship Adult Size Replica Belts**
Price: $1,364.99
More Info


**Universal Replica Belt Wall Hanger (White)**
Price: $15.99
Add to Cart
More Info

**FEATURED**


Ring of Honor World Championship Adult Size Replica Belt
$329.99


Wrestling Ring for Action Figures by Figures Toy Company
$59.99


Highwire War Wrestling Action Figure Playset by Figures Toy Company
$19.99


Set of 4 Silver Wrestling Ring Stairs for a Wrestling Ring
$19.99


24 Piece Action Figure Championship Belt Mega Deal
$49.00


30 Piece MASSIVE Wrestling Accessories Pack
$29.99

Blue & Gray Breakaway Wrestling Figure Commentators Playset

/Posters
WWE Jewelry
WWE Miscellaneous Items
WWE Party Supplies
WWE Replica Belt Buckles
WWE Special Deals

Ring of Honor Replica Belts


Wrestling...
Like Page

Follow @wres_superstore

**Currency Converter**

Amount: 1
From: US Dollar (USD)
To: Euro (EUR)
Convert

www.exchange-rates.org




$14.99
**Wrestling Figure Gear Special Deal #1**


$15.99
**Talking Wrestling Ring Announcer Action Figure by Figures Toy Company**


$16.99

**SHOPPING LISTS**
[  ] Go

**SHOP BY PRICE**
$1.00 to $24.99
$25.00 to $49.99
$50.00 to $99.99
$100.00 to $199.99
$200.00 to $299.99
$300.00 to $399.99
$400.00 to $5,000.00



Home | About Us | Contact Us | My Account | Shipping Policy | Return Policy | Privacy Policy | Wholesale Info | Sitemap | Cart Help

© 2016 WrestlingSuperStore.com

myROH    cart (empty)

Not a member? - Sign up for FREE

# RING OF HONOR REPLICA BELTS AVAILABLE FOR PRE ORDER NOW



Ring of Honor and Figures Toy Company are proud to announce the release of official Ring of Honor replica belts! These belts were replicated from the actual handmade Ring of Honor championships worn and fought for by the stars of ROH. All three current Ring of Honor championships (World, Television, and Tag Team) have been replicated, as well as the Classic World Title belt. Each one of these ROH replica championship belts are available to pre-order NOW! Visit www.WrestlingSuperstore.com (http://www.wrestlingsuperstore.com/) or www.FiguresToyCompany.com (http://www.figurestoycompany.com/) to place your order for these amazing belts!

**Ring of Honor World Heavyweight Championship Adult Size Replica Belt**



Replicated from the actual handmade belt, the Ring of Honor World Heavyweight Championship Adult Size Replica Belt is an exact-scale replica of the one currently held by Jay Briscoe. This is a next generation style replica belt with 3D plates which measure 4 mm thick.

The belt measures 4 feet 5 inches long and weighs 6.75 pounds. The simulated leather strap is black in the front and red in the back. The center medallion measures 9.5 inches high. Fits up to a 46 inch waist. Comes in a cloth carrying case with the ROH logo on it.

*AVAILABLE FOR PRE-ORDER! ESTIMATED RELEASE DATE IS APPROXIMATELY EARLY APRIL 2015 BUT IS SUBJECT TO CHANGE!*

**Ring of Honor Classic World Heavyweight Championship Adult Size Replica Belt**



Replicated from the actual handmade belt, the Ring of Honor Classic World Heavyweight Championship Adult Size Replica Belt is an exact-scale replica of the one that was held by such stars as Samoa Joe and Bryan Danielson. This is a next generation style replica belt with 3D plates which measure 4 mm thick.

The belt measures 4 feet 2 inches long and weighs approximately 4 pounds. The center medallion measures 8 inches high. Fits up to a 46 inch waist. Comes in a cloth carrying case with the ROH logo on it.

AVAILABLE FOR PRE-ORDER! ESTIMATED RELEASE DATE IS APPROXIMATELY EARLY APRIL 2015 BUT IS SUBJECT TO CHANGE!

Ring of Honor World Television Championship Adult Size Replica Belt



Replicated from the actual handmade belt, the Ring of Honor Television Championship Adult Size Replica Belt is an exact-scale replica of the one that is currently held by Jay Lethal. This is a next generation style replica belt with 3D plates which measure 4 mm thick.

The belt measures 4 feet 1.5 inches long and weighs approximately 4.5 pounds. The center medallion measures 9.25 inches high. Fits up to a 46 inch waist. Comes in a cloth carrying case with the ROH logo on it.

AVAILABLE FOR PRE-ORDER! ESTIMATED RELEASE DATE IS APPROXIMATELY EARLY APRIL 2015 BUT IS SUBJECT TO CHANGE!

Ring of Honor Tag Team Championship Adult Size Replica Belt



Replicated from the actual handmade belt, the Ring of Honor Tag Team Championship Adult Size Replica Belt is an exact-scale replica of the one that is currently held by reDRagon. This is a next generation style replica belt with 3D plates which measure 4 mm thick.

The belt measures 4 feet 3.5 inches long and weighs approximately 6 pounds. The center medallion measures 9.5 inches high. Fits up to a 46 inch waist. Comes in a cloth carrying case with the ROH logo on it.

**AVAILABLE FOR PRE-ORDER! ESTIMATED RELEASE DATE IS APPROXIMATELY EARLY APRIL 2015 BUT IS SUBJECT TO CHANGE!**

Visit www.WrestlingSuperstore.com (http://www.wrestlingsuperstore.com/) or www.FiguresToyCompany.com (http://www.figurestoycompany.com/) to place your order for these amazing belts!



**EXPERIENCE**
Buy Tickets
Order IPPV
Schedule
ROH Shop

**CONNECT**
Blogs
Facebook
Twitter

**VIEW**
TV
IPPV
VOD

**GENERAL**
Contact Us
FAQ's
Terms of Use

© 2016 Ring of Honor Wrestling Entertainment, LLC. All Rights Reserved | Privacy Policy | Terms of Use