# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-029-611**

**Effective Date of Registration:**
August 30, 2016

## Title

| | |
|---|---|
| Title of Work: | 2012 Ring of Honor World Tag Team Championship Belt |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2012 |
| Date of 1st Publication: | September 13, 2012 |
| Nation of 1st Publication: | United States |

## Author

- | | |
  |---|---|
  | Author: | Richard Patrick Mann |
  | Pseudonym: | Rico Mann |
  | Author Created: | 2-D artwork |
  | Work made for hire: | No |
  | Citizen of: | United States |
  | Year Born: | 1970 |
  | Pseudonymous: | Yes |

- | | |
  |---|---|
  | Author: | Reggie David Parks |
  | Author Created: | 2-D artwork |
  | Work made for hire: | No |
  | Citizen of: | Canada |
  | Domiciled in: | United States |
  | Year Born: | 1935 |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Parks Millican & Mann, LLC<br>1100 Millers Lane, Virginia Beach, VA, 23451, United States |
| Transfer statement: | By written agreement |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Parks Millican & Mann, LLC |
| Name: | Rico Mann |

Page 1 of 2

**EXHIBIT 1**