

Copyright © 2012, Parks, Millican & Mann, LLC - All Rights Reserved

**EXHIBIT**

tabbies®

5

Copyright © 2012, Perks, Millican & Mann, LLC - All Rights Reserved



Copyright © 2012, Parks, Millican & Mann, LLC – All Rights Reserved