

EXHIBIT 6

Copyright © 2012, Rico Mann - All Rights Reserved

