



Copyright © 2012, Parks, Millican & Mann, LLC - All Rights Reserved

