

EXHIBIT 8

Figures use the design files exactly as provided by PMM and not deviate from the design; royalty rates to be determined for replica belts produced; approval by PMM of any pre-production samples prior to manufacture and sale of the replicas; three full sets of replica belts; and the display of PMM's copyright information and logo on the copyright tag/label on the product.

23. PMM and Figures had previously engaged in business for the production of replica World Wrestling Entertainment (WWE) championship belts and for which PMM and Figures executed a licensing agreement.

24. Based on prior dealings with Figures and in reasonable reliance on the email communications and gentleman's agreement, PMM provided the designs for each championship belt to Figures so that Figures could set up production and obtain accurate cost estimates for the production runs. See email between Steve Sandberg (Figures) and Rico Mann (PMM) April 22, 2014 at **Exhibit 4**.

25. PMM provided the designs for the 2012 World Tag Team Championship Belt. A copy of the designs is attached hereto as **Exhibit 5.**

26. PMM provided the design for the 2012 World Heavyweight Championship Belt. A copy of the designs is attached hereto as **Exhibit 6.**

27. PMM provided the design for the 2012 6 Man Style TV Wrestling Championship Belt. A copy of the designs is attached hereto as **Exhibit 7.**

28. In addition to providing the belt designs which all contained PMM's copyright notice, ROH possessed the original championship belts.

29. Each original championship belt has the copyright notice imprinted in the metal plate on the front of the belt. See photos of the original championship belts attached hereto as **Exhibit 8**.

*Parks, Millican & Mann, LLC v. Figures Toy Company and Ring of Honor Wrestling Entertainment, LLC*    Second Amended Complaint    PENDER & COWARD, P.C.    WWW.PENDERCOWARD.COM

Page 6 of 19