Ring of Honor Wrestling Action Figures Special Deal: Series 1 Figure...    http://figurestoycompany.com/ringofhonorwrestlingactionfiguresseries...

You have 0 item(s) in your Shopping Cart.    Sign Up | Login | Shopping Lists | View Cart | Checkout    Search Site: 



Home | About Us | Contact Us | Sister Sites | Shipping Policy | Return Policy | Wholesale | Prototypes/Coming Soon | Fan Photos

**SEARCH SITE**

Home > Ring of Honor Wrestling > Ring of Honor Wrestling Action Figures Special Deal: Series 1 Figures, Ring & Accessory Pack

### Ring of Honor Wrestling Action Figures Special Deal: Series 1 Figures, Ring & Accessory Pack

**SHOPPING CART**
Your cart is empty.

<< Previous in Ring of Honor Wrestling                                                 Next in Ring of Honor Wrestling >>

**SHOP BY CATEGORY**

- Shipping Now
- Pre-Order/Coming Soon
- Retired Products
- Variants & Exclusives
- 18 Inch Retro DC Comics Action Figures
- Gift Certificates
- Batman Classic TV Series Action Figures
- Figure Accessories
- Batman Retro Action Figures
- Conan The Barbarian Retro 8 Inch Action Figures
- Dallas Action Figures
- DC Comics 8 Inch Action Figures With Mego-Like Retro Cards
- DC Comics Retro "First Appearances" Series 1 Action Figures
- DC Comics Retro Kresge Style Action Figures
- Dukes of Hazzard Action Figures
- Evel Knievel Action Figures
- Gilligan's Island Action Figures
- Justice League of America Special Edition 8 Inch Retro Figures
- KISS Action Figures
- Limited Edition Multi-Packs
- Mad Monster Series
- President Obama Action Figure
- Factory Cases
- Harry Potter 8 & 12 Inch Action Figures
- Legends of Professional Wrestling
- Loose Figures Sealed In Factory Bags
- Mego 8" Super-Heroes: World's Greatest Toys!
- Special Edition Book
- Replica Wrestling Championship Belts
- Retro Playsets
- Ring of Honor Wrestling
- Rising Stars of Wrestling
- Santa Claus 8 Inch Retro

Price: $209.99

Item Number: ROHS1DEAL

Quantity: 1   Add to Cart

Add to a new shopping list

Be the first of your friends to like this.

Email this page to a friend

In this special deal you get our ROH Wrestling ring with exclusive Michael Elgin figure, ROH Figures Series 1 & Our Action Figure Belt Collectors pack!

Get ready for the wrestling figures that are taking the toy world by storm! Ring of Honor Wrestling and Figures Toy Company have formed the ultimate tag team to bring collectors the first ever series of Ring of Honor Wrestling action figures!

Since it's inception in 2002, ROH has hosted some of the most amazing wrestling action ever seen. Now, for the first time ever, the stars of Ring of Honor have been immortalized in action figure form! Each series of Ring of Honor wrestling figures will consist of four of the greatest athletes to ever set foot in the ROH ring! In addition to the stars currently on the ROH roster, some of the most popular faces from Ring of Honor's rich history will be included in this line!

Ring of Honor Series 1 kicks things off in a big way, with four of the most hard-hitting, dominant stars to ever wrestle under the ROH banner. They are Kevin Steen, Jay Lethal, Jay Briscoe and Mark Briscoe.

Each Ring of Honor action figure stands at 6 inches tall, and is compatible with other figures on the market, including the upcoming Rising Stars of Wrestling and Legends of Professional Wrestling set for release by Figures Toy Company. These figures feature highly detailed likenesses and the attire designed for these figures is based on authentic ring gear. Each figure comes sealed in a plastic clamshell packaging that can be opened and resealed to keep your figures protected. Don't miss out on the figures that wrestling fans have been waiting for. Order Ring of Honor Series 1 today!

Related Products

**EXHIBIT 10**

Figure
Shazam Retro 8 Inch Action Figures Series 1
Super Friends 8 Inch Retro Action Figures
Super Powers 8 Inch Action Figures
Superman Retro 8 Inch Action Figures
Tarzan Retro 8 Inch Action Figures
Teen Titans 7 Inch Action Figures
The Monkees Retro Action Figures
The New Teen Titans Series 1
The Three Stooges Action Figures
Wonder Woman Retro 8 Inch Action Figures



**Ring of Honor Wrestling Action Figures Series 1: Set of all 4**
Price: $99.96



**Ring of Honor Wrestling Action Figures Series 1: Kevin Steen**
Price: $24.99



**Ring of Honor Wrestling Action Figures Series 1: Jay Lethal**
Price: $24.99



SHOPPING LISTS

CREATE AN ACTION FIGURE OF YOURSELF!
MYPAGEONAFIGURE.COM



**RECENTLY VIEWED**
Ring of Honor CLASSIC World Championship Adult Size Replica Belt
$329.99



**Ring of Honor Wrestling Action Figures Series 1: Jay Briscoe**
Price: $24.99

**Ring of Honor Wrestling Action Figures Series 1: Mark Briscoe**
Price: $24.99



**Ring of Honor Wrestling Action Figures Series 1: Factory Case of 12**
Price: $299.88



**Ring of Honor Wrestling Action Figure Championship Belt Accessory Pack**
Price: $19.99



**Ring of Honor Wrestling Action Figure Ring With Exclusive Michael Elgin Figure**
Price: $99.99



**Ring of Honor World Championship Adult Size Replica Belt**
Price: $329.99



**Ring of Honor World Tag Team Championship Adult Size Replica Belt**



**Ring of Honor World Television Championship Adult Size Replica Belt**



**Ring of Honor CLASSIC World Championship Adult Size Replica Belt**

Ring of Honor Wrestling Action Figures Special Deal: Series 1 Figure...     http://figurestoycompany.com/ringofhonorwrestlingactionfiguresseries...





# RING OF HONOR CHAMPIONSHIP REPLICA FINGER RINGS ARE NOW

Baltimore, MD (November 18, 2014) - Ring of Honor Wrestling® (ROH) and Figures Toy Company today announced that Ring of Honor Championship Replica Finger Rings are now on sale.

Diehard fans can now represent ROH and their favorite championship wherever they go with this unique collectible item. Each ring comes in a ROH collectible ring box for storage or display purposes.

Collect all four of the Ring of Honor Championship Replica Finger Rings:
- The ROH Championship ring
- The ROH World Tag Team Title ring
- Throwback ROH Championship ring
- The ROH World TV Title ring

The Ring of Honor Championship Replica Finger Rings can be purchased exclusively at: www.WrestlingSuperstore.com (http://wrestlingsuperstore.com/ringofhonorfingerrings.aspx) and www.figurestoycompany.com (http://www.figurestoycompany.com)

About Figures Toy Company:
Figures Toy Company is a premier manufacturer of officially licensed collectible figures based on the hottest sports and entertainment properties in the world. Figures Toy Company has the rights to Ring of Honor as well as several other global entertainment brands including: KISS, DC Comics, Conan the Barbarian, Dallas, Dukes of Hazzard and Gilligan's Island among others. For further information, visit http://figurestoycompany.com (http://figurestoycompany.com).

About Ring of Honor Wrestling Entertainment, LLC:

Ring of Honor Wrestling is owned by Sinclair Broadcast Group, Inc., the largest and one of the most diversified television broadcasting companies with affiliations across all the major networks. Sinclair's television group will reach approximately 38.1% of U.S. television households, including pending transactions.

Follow ROH on Twitter: @RingofHonor (http://twitter.com/ringofhonor)
Like ROH at: Facebook.com/RingofHonor (http://www.facebook.com/RingofHonor)

For more information on Ring of Honor, visit: www.ROHwrestling.com (http://www.ROHwrestling.com).

Check your local listings to see where you can watch Ring of Honor TV each and every week or subscribe and watch online at: www.ROHWrestling.com (http://www.ROHwrestling.com).



Ring of Honor Championship Replica Finger Rings are now on sale |... http://www.rohwrestling.com/news/ring-honor-championship-replica-...

**EXPERIENCE**
Buy Tickets
Order IPPV
Schedule
ROH Shop

**CONNECT**
Blogs
Facebook
Twitter

**VIEW**
TV
IPPV
VOD

**GENERAL**
Contact Us
FAQ's
Terms of Use

© 2016 Ring of Honor Wrestling Entertainment, LLC. All Rights Reserved | Privacy Policy | Terms of Use

Ring of Honor Television Championship Finger Ring        http://wrestlingsuperstore.com/ringofhonorworldheavyweightchampio...



Ring of Honor Television Championship Finger Ring  http://wrestlingsuperstore.com/ringofhonorworldheavyweightchampio...

**Currency Converter**
Amount: 1
From: US Dollar (USD)
To: Euro (EUR)
Convert
www.exchange-rates.org

**RECENTLY VIEWED**
Ring of Honor World Television Championship Adult Size Replica Belt

$329.99

Ring of Honor CLASSIC World Championship Adult Size Replica Belt

$329.99


**Ring of Honor CLASSIC World Championship Adult Size Replica Belt**
Price: $329.99



**Ring of Honor World Heavyweight Championship Finger Ring**
Price: $50.00



**Ring of Honor "Pick Any Two" Championship Adult Size Replica Belts**
Price: $599.99



**Ring of Honor Classic World Heavyweight Championship Finger Ring**
Price: $50.00



**Ring of Honor Complete Set of all 4 Championship Adult Size Replica Belts**
Price: $1,099.99



**Ring of Honor Tag Team Championship Finger Ring**
Price: $50.00



$10.00
**Wrestling Figure Gear Special Deal #1**


$15.99
**Talking Wrestling Ring Announcer Action Figure by Figures Toy Company**


$16.99
**Ultimate Wrestling Ring Barricade Playset**


$29.99

**SHOPPING LISTS**
Go

**SHOP BY PRICE**
$1.00 to $24.99
$25.00 to $49.99
$50.00 to $99.99
$100.00 to $199.99
$200.00 to $299.99
$300.00 to $399.99
$400.00 to $5,000.00



Home | About Us | Contact Us | My Account | Shipping Policy | Return Policy | Privacy Policy | Wholesale Info | Sitemap | Cart Help

© 2016 WrestlingSuperStore.com  VISA

WrestlingSuperStore.com - Ring of Honor Replica Belts    http://wrestlingsuperstore.com/ringofhonorreplicabelts.aspx



WrestlingSuperStore.com - Ring of Honor Replica Belts  http://wrestlingsuperstore.com/ringofhonorreplicabelts.aspx

/Posters
WWE Jewelry
WWE Miscellaneous Items
WWE Party Supplies
WWE Replica Belt Buckles
WWE Special Deals

Ring of Honor Replica Belts

Wrestling...
Like Page

Follow @wres_superstore 2.1

**Currency Converter**

Amount: 1
From:
US Dollar (USD)
To:
Euro (EUR)
Convert

www.exchange-rates.org





$14.99
**Wrestling Figure Gear Special Deal #1**

$15.99
**Talking Wrestling Ring Announcer Action Figure by Figures Toy Company**

$16.99

**SHOPPING LISTS**
[     ] Go

**SHOP BY PRICE**
$1.00 to $24.99
$25.00 to $49.99
$50.00 to $99.99
$100.00 to $199.99
$200.00 to $299.99
$300.00 to $399.99
$400.00 to $5,000.00

Home | About Us | Contact Us | My Account | Shipping Policy | Return Policy | Privacy Policy | Wholesale Info | Sitemap | Cart Help

© 2016 WrestlingSuperStore.com

Ring of Honor Replica Belts Available for Pre Order Now | ROH Wres...     http://rohwrestling.com/news/ring-honor-replica-belts-available-pre-...

| myROH | cart (empty) |

Not a member? - Sign up for FREE





Ring of Honor and Figures Toy Company are proud to announce the release of official Ring of Honor replica belts! These belts were replicated from the actual handmade Ring of Honor championships worn and fought for by the stars of ROH. All three current Ring of Honor championships (World, Television, and Tag Team) have been replicated, as well as the Classic World Title belt. Each one of these ROH replica championship belts are available to pre-order NOW! Visit www.WrestlingSuperstore.com (http://www.wrestlingsuperstore.com/) or www.FiguresToyCompany.com (http://www.figurestoycompany.com/) to place your order for these amazing belts!

Ring of Honor World Heavyweight Championship Adult Size Replica Belt



Replicated from the actual handmade belt, the Ring of Honor World Heavyweight Championship Adult Size Replica Belt is an exact-scale replica of the one currently held by Jay Briscoe. This is a next generation style replica belt with 3D plates which measure 4 mm thick.

The belt measures 4 feet 5 inches long and weighs 6.75 pounds. The simulated leather strap is black in the front and red in the back. The center medallion measures 9.5 inches high. Fits up to a 46 inch waist. Comes in a cloth carrying case with the ROH logo on it.

*AVAILABLE FOR PRE-ORDER! ESTIMATED RELEASE DATE IS APPROXIMATELY EARLY APRIL 2015 BUT IS SUBJECT TO CHANGE!*

Ring of Honor Classic World Heavyweight Championship Adult Size Replica Belt



Replicated from the actual handmade belt, the Ring of Honor Classic World Heavyweight Championship Adult Size Replica Belt is an exact-scale replica of the one that was held by such stars as Samoa Joe and Bryan Danielson. This is a next generation style replica belt with 3D plates which measure 4 mm thick.

The belt measures 4 feet 2 inches long and weighs approximately 4 pounds. The center medallion measures 8 inches high. Fits up to a 46 inch waist. Comes in a cloth carrying case with the ROH logo on it.

*AVAILABLE FOR PRE-ORDER! ESTIMATED RELEASE DATE IS APPROXIMATELY EARLY APRIL 2015 BUT IS SUBJECT TO CHANGE!*

Ring of Honor World Television Championship Adult Size Replica Belt



Replicated from the actual handmade belt, the Ring of Honor Television Championship Adult Size Replica Belt is an exact-scale replica of the one that is currently held by Jay Lethal. This is a next generation style replica belt with 3D plates which measure 4 mm thick.

The belt measures 4 feet 1.5 inches long and weighs approximately 4.5 pounds. The center medallion measures 9.25 inches high. Fits up to a 46 inch waist. Comes in a cloth carrying case with the ROH logo on it.

*AVAILABLE FOR PRE-ORDER! ESTIMATED RELEASE DATE IS APPROXIMATELY EARLY APRIL 2015 BUT IS SUBJECT TO CHANGE!*

Ring of Honor Tag Team Championship Adult Size Replica Belt

Ring of Honor Replica Belts Available for Pre Order Now | ROH Wres... http://rohwrestling.com/news/ring-honor-replica-belts-available-pre-...



Replicated from the actual handmade belt, the Ring of Honor Tag Team Championship Adult Size Replica Belt is an exact-scale replica of the one that is currently held by reDRagon. This is a next generation style replica belt with 3D plates which measure 4 mm thick.

The belt measures 4 feet 3.5 inches long and weighs approximately 6 pounds. The center medallion measures 9.5 inches high. Fits up to a 46 inch waist. Comes in a cloth carrying case with the ROH logo on it.

*AVAILABLE FOR PRE-ORDER! ESTIMATED RELEASE DATE IS APPROXIMATELY EARLY APRIL 2015 BUT IS SUBJECT TO CHANGE!*

Visit www.WrestlingSuperstore.com (http://www.wrestlingsuperstore.com) or www.FiguresToyCompany.com (http://www.figurestoycompany.com) to place your order for these amazing belts!



Ring of Honor Replica Belts Available for Pre Order Now | ROH Wres... http://rohwrestling.com/news/ring-honor-replica-belts-available-pre-...

**EXPERIENCE**
Buy Tickets
Order IPPV
Schedule
ROH Shop

**CONNECT**
Blogs
Facebook
Twitter

**VIEW**
TV
IPPV
VOD

**GENERAL**
Contact Us
FAQ's
Terms of Use

© 2016 Ring of Honor Wrestling Entertainment, LLC. All Rights Reserved | Privacy Policy | Terms of Use