

# RING OF HONOR REPLICA BELTS AVAILABLE FOR PRE ORDER NOW



Ring of Honor and Figures Toy Company are proud to announce the release of official Ring of Honor replica belts! These belts were replicated from the actual handmade Ring of Honor championships worn and fought for by the stars of ROH. All three current Ring of Honor championships (World, Television, and Tag Team) have been replicated, as well as the Classic World Title belt. Each one of these ROH replica championship belts are available to pre-order NOW! Visit www.WrestlingSuperstore.com (http://www.wrestlingsuperstore.com) or www.FiguresToyCompany.com (http://www.figurestoycompany.com) to place your order for these amazing belts!

**Ring of Honor World Heavyweight Championship Adult Size Replica Belt**



Replicated from the actual handmade belt, the Ring of Honor World Heavyweight Championship Adult Size Replica Belt is an exact-scale replica of the one currently held by Jay Briscoe. This is a next generation style replica belt with 3D plates which measure 4 mm thick.

The belt measures 4 feet 5 inches long and weighs 6.75 pounds. The simulated leather strap is black in the front and red in the back. The center medallion measures 9.5 inches high. Fits up to a 46 inch waist. Comes in a cloth carrying case with the ROH logo on it.

*AVAILABLE FOR PRE-ORDER! ESTIMATED RELEASE DATE IS APPROXIMATELY EARLY APRIL 2015 BUT IS SUBJECT TO CHANGE!*

**Ring of Honor Classic World Heavyweight Championship Adult Size Replica Belt**



Ring of Honor Replica Belts Available for Pre Order Now | ROH Wrestling    http://rohwrestling.com/news/ring-honor-replica-belts-available-pre-orde...



Replicated from the actual handmade belt, the Ring of Honor Classic World Heavyweight Championship Adult Size Replica Belt is an exact-scale replica of the one that was held by such stars as Samoa Joe and Bryan Danielson. This is a next generation style replica belt with 3D plates which measure 4 mm thick.

The belt measures 4 feet 2 inches long and weighs approximately 4 pounds. The center medallion measures 8 inches high. Fits up to a 46 inch waist. Comes in a cloth carrying case with the ROH logo on it.

*AVAILABLE FOR PRE-ORDER! ESTIMATED RELEASE DATE IS APPROXIMATELY EARLY APRIL 2015 BUT IS SUBJECT TO CHANGE!*

Ring of Honor World Television Championship Adult Size Replica Belt



Replicated from the actual handmade belt, the Ring of Honor Television Championship Adult Size Replica Belt is an exact-scale replica of the one that is currently held by Jay Lethal. This is a next generation style replica belt with 3D plates which measure 4 mm thick.

The belt measures 4 feet 1.5 inches long and weighs approximately 4.5 pounds. The center medallion measures 9.25 inches high. Fits up to a 46 inch waist. Comes in a cloth carrying case with the ROH logo on it.

*AVAILABLE FOR PRE-ORDER! ESTIMATED RELEASE DATE IS APPROXIMATELY EARLY APRIL 2015 BUT IS SUBJECT TO CHANGE!*

Ring of Honor Tag Team Championship Adult Size Replica Belt

Ring of Honor Replica Belts Available for Pre Order Now | ROH Wrestling    http://rohwrestling.com/news/ring-honor-replica-belts-available-pre-orde...



Replicated from the actual handmade belt, the Ring of Honor Tag Team Championship Adult Size Replica Belt is an exact-scale replica of the one that is currently held by reDRagon. This is a next generation style replica belt with 3D plates which measure 4 mm thick.

The belt measures 4 feet 3.5 inches long and weighs approximately 6 pounds. The center medallion measures 9.5 inches high. Fits up to a 46 inch waist. Comes in a cloth carrying case with the ROH logo on it.

*AVAILABLE FOR PRE-ORDER! ESTIMATED RELEASE DATE IS APPROXIMATELY EARLY APRIL 2015 BUT IS SUBJECT TO CHANGE!*

Visit www.WrestlingSuperstore.com (http://www.wrestlingsuperstore.com) or www.FiguresToyCompany.com (http://www.figurestoycompany.com) to place your order for these amazing belts!

**EXPERIENCE**
Buy Tickets
Order IPPV
Schedule

**CONNECT**
Blogs
Facebook
Twitter

**VIEW**
TV
IPPV
VOD

**GENERAL**
Contact Us
FAQ's
Terms of Use



Ring of Honor Replica Belts Available for Pre Order Now | ROH Wrestling http://rohwrestling.com/news/ring-honor-replica-belts-available-pre-orde...

ROH Shop

© 2016 Ring of Honor Wrestling Entertainment, LLC. All Rights Reserved | Privacy Policy | Terms of Use