Tweet

**Figures Toy Company**
@FiguresToyCo

Turn your figures into champions! Put #ROH gold around their waists w/ the @ringofhonor Championship Belt Pack! buff.ly/2pXwMnG



4/24/17, 5:00 PM

2 RETWEETS  8 LIKES

EXHIBIT 12

Tweet your reply

Home   Explore   Notifications   Messages   Me