

**Wrestling Superstore**
@wres_superstore

Follow

.@ringofhonor Wrestling Ring w/ @MichaelElgin25. Figure Belts. Replicas & more in stock now! buff.ly/1UmZOZt



RETWEETS 12  LIKES 23

DUSTIN
@wres_superstore @ringofhonor @MichaelElgin25 do the upcoming ROH action figures have full dexterity like an elite wwe figure?

Wrestling Superstore
@WrestlingSchnau these are designed after JAKKS figures. Nothing to do w

EXHIBIT 13



