

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

John J. Dabney
Attorney at Law
jdabney@mwe.com
+1 202 756 8343

May 22, 2017

VIA FEDEX

Honorable Lawrence R. Leonard
United States Magistrate Judge
U.S. District Court for the Eastern District of Virginia
Walter E. Hoffman United States Courthouse
600 Granby Street
Norfolk, VA 23510

Re:   *Parks, Millican, & Mann, LLC v. Figures Toy Company et al.*, Civil Action No.
      2:16cv522

Dear Judge Leonard:

We are counsel for Defendant Figures Toy Company in the above-captioned matter. There is a
settlement conference scheduled before Your Honor on June 5, 2017 at 9:30AM. Mr. Steve
Sandberg, Chief Executive Officer of Figures Toy Company, will participate in the settlement
conference on behalf of Defendant and has settlement authority. Mr. Sandberg lives in Tampa,
Florida. Defendant Figures is a very small, family run business and requiring Mr. Sandberg to
travel to Virginia for mediation would cause significant hardship on the business. Pursuant to
Paragraph 3 of the Court's Settlement Conference Order (Dkt. No. 26), Defendant asks that this
Court permit him to appear by telephone at the settlement conference.

In the event the Court allows Mr. Sandberg to appear by telephone, we ask this Court to permit
counsel for Figures Toy Company to bring cell phones into the courthouse on June 5, 2017 to
facilitate communication with Mr. Sandberg.

Please contact me if you have any questions or require additional information.

Respectfully submitted,

John J. Dabney

John J. Dabney

cc:   Duncan G. Byers, Esq., Counsel for Plaintiff (via email)
      Kristan B. Burch, Esq., Counsel for Co-Defendant Ring of Honor, LLC (via email)

DM_US 82032840-1.093512.0012

U.S. practice conducted through McDermott Will & Emery LLP.

The McDermott Building  500 North Capitol Street, N.W.  Washington D.C.  20001-1531   Telephone: +1 202 756 8000   Facsimile: +1 202 756 8087   www.mwe.com