# United States District Court

**EASTERN DISTRICT OF VIRGINIA**
WALTER E. HOFFMAN UNITED STATES COURTHOUSE
600 GRANBY STREET
NORFOLK, VIRGINIA 23510-1915

(757) 222-7020

CHAMBERS OF
**LAWRENCE R. LEONARD**
UNITED STATES MAGISTRATE JUDGE

FACSIMILE NO.
(757) 222-7028

May 24, 2017

John J. Dabney
McDermott Will & Emery
The McDermott Building
500 North Capitol Street, N.W.
Washington D.C. 20001

RE: <u>Parks, Millican & Mann v. Figures Toy Company</u>, 2:16cv522

Dear Mr. Dabney:

The Court has received your letter of May 22, 2017 requesting permission for Mr. Sandberg to appear at the June 5 settlement by telephone. You base your request on your conclusion that Mr. Sandberg's attendance at the mediation "would cause significant hardship on the business." Because of the importance of the parties' personal participation in settlement conferences, your request is denied.

Sincerely yours,

Lawrence R. Leonard
U.S. Magistrate Judge

cc: Duncan G. Byers (counsel for Plaintiff Parks, Millican & Mann, LLC) and Kristan B. Burch (counsel for Defendant Ring of Honor Wrestling Entertainment, LLC)