

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
1300 E MAIN ST
RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia

SCC21.2
(01/17)

**Expedited Service**

**Request Form**

## This form <u>MUST</u> be completed and placed on top of <u>EACH</u> document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): *(Must be typed for Email option.)* | SCC ID No. *(if known):* |
|---|---|
| *Parks Millican & Mann, LLC* | *53324656* |

**Customer Contact Information:**

Firm: _____

Attn: *Richard Mann*

Address: *1100 Millers Ln*

*VA. Beach    VA    23451*
(city or town)        (state)      (zip code)

Telephone: *(757) 839 - 3839* ext _____

Email: *ricomann1@gmail.com*

**Send Evidence of Expedited Filing By:**
(Choose <u>one</u>)

[X] Email  (Only available for Categories A, C and D)

> **Two typed originals** of this form <u>must</u> be submitted for Email option.
> See "Return of Evidence" in the Instructions.

[ ] Hold for Pickup  (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail  (Prepaid envelope required.)

[ ] Overnight via  [ ] UPS   [ ] Fed Ex
(Completed waybill required.  For Fed Ex, the waybill must be computer-generated with a barcode.)

---

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**          *** **Expedite Fee:**
(mark service requested)          *** (other fees may be needed – see footnote)

| | | |
|---|---|---|
| [ ] **Category A** | Expedite Business Entity Document listed in Schedule A | |
| | [ ] Same Day Service (Received by 10:00 a.m.) | $ 200 |
| | [ ] Next Day Service (Received by 2:00 p.m.) | $ 100 |
| [ ] **Category B** | Preliminary Review of Document listed in Schedule A (2nd Business Day Service Only – Received by 2:00 p.m.) | $ 50 |
| | [ ] Resubmission within 30 Days of initial Pre-Review | (N/C) |
| [ ] **Category C** | Expedite Business Entity Document listed in Schedule C (Next Day Service Only – Received by 2:00 p.m.) | $ 50 |
| [X] **Category D** | Expedite Application for Reinstatement (Next Day Service Only – Received by 2:00 p.m.) | $ 50 |

**FOR OFFICE USE ONLY**

I/O [ ]

*** Submit one payment for <u>all</u> applicable fees (e.g., charter/entrance, reinstatement, filing <u>and</u> expedite fees)

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**



**EXHIBIT**
DECLARATION
**Ex. B**

ENTITY NAME: *Parks Millican & Mann, RLC*

Name availability done in:

    Initials:        Conflict with ID #:

eFile: _____    _____      ENTITY ID #: _____

CIS: _____    _____      DCN #: _____

                                   _____

                                   _____

## CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE  _____    JURISDICTION: _____

FILING FEE  _____

EXPEDITE FEE(S)  _____

| **SPECIAL EFFECTIVE DATE / TIME** |
| --- |
| _____ |

TOTAL FEES  _____    INDUSTRY CODE: _____

AMENDMENT OR OTHER INFORMATION:    SEND COPY TO: _____

_____

_____

_____

_____

COPYWORK REQUESTED:           CORRESPONDENT:

_____    _____

_____    _____

                            _____

AMOUNT AVAILABLE
FOR COPYWORK:

                            _____ MAIL _____

                            _____ CALL _____

2017 MAY 30  PM 12:40    _____ FAX _____

                            _____ FED EX _____

```
CISJMJ                              CIS                    05/30/17
 1      8   LLCM3220           LLC DATA INQUIRY            12:32:52
      LLC ID:  S332465 - 6   STATUS: 19 CANC (AUTO-FEE)  STATUS DATE: 10/31/16
    LLC NAME:  Parks, Millican & Mann, LLC_____
```

DATE OF FILING: 07/09/2010  PERIOD OF DURATION:              INDUSTRY CODE: 00
STATE OF FILING:  VA VIRGINIA               MERGER INDICATOR:
                        CONVERSION/DOMESTICATION INDICATOR:
            P R I N C I P A L   O F F I C E   A D D R E S S
      STREET:  1100 MILLERS LANE

        CITY:  VIRGINIA BEACH          STATE: VA  ZIP: 23451-0000
          R E G I S T E R E D   A G E N T   I N F O R M A T I O N
    R/A NAME:  RICHARD P MANN

      STREET:  1100 MILLERS LANE
                                                        RTN MAIL:
        CITY:  VIRGINIA BEACH          STATE:  VA  ZIP: 23451-0000
  R/A STATUS: 1 MEMBER/MANAGER   EFF DATE: 10/30/12 LOC: 228  VIRGINIA BEACH
          YEAR        FEES      PENALTY    INTEREST      BALANCE
           16        50.00       25.00
  COMMAND: .............................................................
4AÛ                                                       05,016

2017 MAY 30 PM12:40

SCC-CLERK'S OFFICE
```



MARK C. CHRISTIE
COMMISSIONER

JAMES C. DIMITRI
COMMISSIONER

JUDITH WILLIAMS JAGDMANN
COMMISSIONER

JOEL H. PECK
CLERK OF THE COMMISSION
P.O. BOX 1197
RICHMOND, VIRGINIA 23218-1197

## STATE CORPORATION COMMISSION
### Office of the Clerk

January 19, 2017

RICHARD P MANN
**EMAIL**
VIRGINIA BEACH, VA 23451

RE:    Parks, Millican & Mann, LLC
ID:     S332465 - 6

A limited liability company whose existence has been canceled may apply to the State
Corporation Commission for reinstatement within 5 years after cancellation pursuant to Section
13.1-1050.4 of the Code of Virginia. In order to have its existence reinstated, the limited liability
company must provide the Commission with the following:

1. An application for reinstatement signed by a manager or member of the limited liability
   company, which may be in the form of a letter. A pre-printed application for reinstatement is
   enclosed for your convenience.

2. A check or money order payable to the State Corporation Commission in the amount of
   $150.00 to cover the following:

   Reinstatement fee:  $100.00

   Registration fee(s) and penalties (if applicable): $50.00

       for the following year(s):  2017

If the registered agent and/or registered office address has changed, complete and return the
enclosed form LLC-1016.

Finally, if the limited liability company has changed the address of its principal office (which is
defined as the office where its principal executive offices are located) complete and return the
enclosed form LLC-1018.1.

After July 31, 2017, an additional $25.00 will be required for reinstatement to cover the 2017
penalty.

The total fee quote for reinstatement in this letter takes into account the recent payment of
$75.00 for the 2016 annual registration fee and/or penalty on 01/16/2017.

DATE OF CANCELLATION: October 31, 2016

Return the required documents and payments, along with a copy of this letter, to the
Commission at the address shown on the enclosed envelope (marked "Attn: Reinstatement") to
ensure correct document processing.

LLRESTAT
CISEMM

## APPLICATION FOR REINSTATEMENT

## OF A VIRGINIA LIMITED LIABILITY COMPANY

Date: **02/06/17**

To:   State Corporation Commission

Office of the Clerk

| Last Day for Reinstatement |
| **October 31, 2021** |

From: **Parks, Millican & Mann, LLC**

SCC ID No. S332465 - 6

| 07 |

On behalf of Parks, Millican & Mann, LLC, the undersigned hereby requests the Commission to reinstate the limited liability company's existence.  All required documents and fees are enclosed.

Sincerely,

*(signature)*

*Richard P. Mann*
(printed name)

*Managing Member*
(title (e.g. manager or member))

| For Office Use Only |
| DCN: _____ |
| _____ |
| Reinstatement Fee:  $ _____ |
| Past Due Fees: (        ) $ _____ |
| Total:  $ _____ |
| R/A? Yes: ____ No: _____ N/C: _____ |
| P/O?: Yes: ____ No: _____ N/C: _____ |
| Exam By:        Date: |

CHECK IF APPLICABLE:

☒   The person signing this application on behalf of the limited liability company has been delegated the right and power to manage the company's business and affairs.

This application <u>must</u> be signed by a person who is a manager or member of the limited liability company, or by a person with some other title who has been delegated the right and power to manage the company's business and affairs (with the box checked).  "Owner" is not an acceptable title.  See § 13.1-1003 of the Code of Virginia.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

*Richard P. Mann*                    *(757) 839-3829*
(name)                              (telephone number)

*1100 Millers Ln   VA Beach, VA   23451*
(mailing address)

LLRESTAX
CISEMM

**LLC**

| | |
|---|---|
| **From:** | Reinstatement_Packets |
| **Sent:** | Wednesday, January 18, 2017 4:23 PM |
| **To:** | Reinstatement_Packets; 5-LLC_LP_BT_via_Email |
| **Subject:** | Parks Millican & Mann, LLC |

**Importance:**      High

```
Entity Name:      PARKS MILLICAN & MANN, LLC
Entity ID:        S3324656
Requestor:        Richard Mann
Requesting Firm:
Address 1:
Address 2:
City, State, Zip:
Phone No:         7578393829
Email:            RICOMANN1@GMAIL.COM
Delivery Method:  Email
```

17-50   (July)

$75  1/16/17
paid 2016

2017 MAY 30 PM12:40

SCC-CLERK'S OFFICE

```
CIS0012 - PRESS PF12 KEY TO ADD RECORD TO DATABASE
CISJMJ                              CIS                      05/30/17
CISM0005                      Document Logging              12:37:07

Document Control Number: 17 05 30 1702    Batch Number: 17-05-30-4524
Document Type: CHK_        Type (D/F): _
        Corp ID: S332465 6                Name Search Type: C
                                     Bypass Name Search: N
Corporate Name:  Parks, Millican & Mann, LLC_____

 Payment Amount: 200.00___
 Correspondence  RICHARD MANN_____
         Name:   EXPEDITED REINSTATEMENT_____
       Address:  1100 MILLERS LANE_____

          City:  VIRGINIA BEACH_____  State: VA Zip: 23451 0000
       Country:  _____
Are there additional documents for this check?  N
Document replaces DCN: _0 __ __ ____ _   This check pays DCN:  _0 __ __ ____ _


Command: _____
 F1=Help F12=Accept
4AÛ                                                  06,027
```