# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Eastern District of Virginia

**Parks, Millican & Mann, LLC**

    Plaintiff(s),

vs.

**Figures Toy Company, et al**

    Defendant(s).

Attorney: Anne C. Lahren, Esq.

Pender & Coward, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach VA 23462-3026

*216094*

**Case Number: 2:16-cv-00522-RGD-DEM**

Legal documents received by Same Day Process Service, Inc. on **05/24/2017** at **11:52 AM** to be served upon **Ring of Honor Wrestling Entertainment, LLC, by serving CT Corporation System at 351 West Camden St., Baltimore, MD 21201**

I, **Richard Damario**, swear and affirm that on **May 25, 2017** at **12:20 PM**, I did the following:

Served **Ring of Honor Wrestling Entertainment, LLC, by serving CT Corporation System** by delivering a conformed copy of the **Summons in a Civil Action on Second Amended Complaint; Second Amended Complaint; Exhibits** to **Matthew Bartynski** as **Corporate Operations Specialist & Authorized Agent** of **Ring of Honor Wrestling Entertainment, LLC, by serving CT Corporation System** at **351 West Camden St., Baltimore, MD 21201.**

**Description of Person Accepting Service:**
Sex: Male Age: 35 Height: 5'9 Weight: 135 Skin Color: Caucasian Hair Color: Blonde

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Richard Damario**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID: **216094**

District of Columbia: SS
Subscribed and Sworn to before me
this 26 day of May 2017

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021

