IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

PARKS, MILLICAN & MANN, LLC

    **Plaintiff**

v.                                                                                                    CASE NO. 2:17-cv-00092

FIGURES TOY COMPANY

and

RING OF HONOR WRESTLING
ENTERTAINMENT LLC,
    **Defendants**

### DEFENDANT RING OF HONOR'S
### RULE 12(b)(6) MOTION TO DISMISS

Defendant, Ring of Honor Wrestling Entertainment, LLC ("ROH"), by counsel, files this Rule 12(b)(6) Motion to Dismiss and relies upon the arguments and authorities set forth in the accompanying Memorandum in Support.

WHEREFORE, ROH respectfully requests that this Court grant its Rule 12(b)(6) Motion to Dismiss and dismiss the Second Amended Complaint as to the claims against ROH, award costs incurred, and award attorney's fees under 17 U.S.C. § 505 and 17 U.S.C. § 1203.

Dated: June 15, 2017

                                          Respectfully submitted,

                                          RING OF HONOR WRESTLING
                                          ENTERTAINMENT, LLC

                                          By:   /Kristan B. Burch/
                                          Kristan B. Burch, Esq. (VSB #42640)
                                          Lauren Tallent Rogers, Esq. (VSB #82711)
                                          Kaufman & Canoles, P.C.
                                          150 W. Main Street
                                          Suite 2100
                                          Norfolk, VA 23510
                                          (757) 624-3343

        Facsimile: (757) 624-3169
kbburch@kaufcan.com
ltrogers@kaufcan.com
*Counsel for Ring of Honor Wrestling Entertainment, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system on this 15th day of June, 2017, which will then send a notification of such filing to the following:

Duncan M. Byers
Ann C. Lahren
Pender & Coward, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
dbyers@pendercoward.com
alahren@pendercoward.com
*Counsel for plaintiff*


Mary Declan Hallerman
John Jay Dabney
Katie Bukrinsky
McDermott Will & Emery LLP
500 North Capitol St NW
Washington, DC 20001
mhallerman@mwe.com
jdabney@mwe.com
kbukrinsky@mwe.com
*Counsel for defendant, Figures Toy Company*

        /Kristan B. Burch/
Kristan B. Burch, Esq. (VSB #42640)
Lauren Tallent Rogers, Esq. (VSB #82711)
Kaufman & Canoles, P.C.
150 W. Main Street
Suite 2100
Norfolk, VA 23510
(757) 624-3343
Facsimile: (757) 624-3169
kbburch@kaufcan.com
ltrogers@kaufcan.com
*Counsel for Ring of Honor Wrestling Entertainment, LLC*