IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

PARKS, MILLICAN & MANN, LLC

    Plaintiff

v.                                           CASE NO. 2:17-cv-00092

FIGURES TOY COMPANY

and

RING OF HONOR WRESTLING
ENTERTAINMENT LLC,
    Defendants

**[PROPOSED] ORDER**

This matter comes before the Court on Ring of Honor Wrestling Entertainment, LLC's ("Defendant") Motion to Dismiss the Plaintiff's Second Amended Complaint as to the claims against Defendant pursuant to Rule 12(b)(6).

Accordingly, in consideration of the arguments and authorities discussed in the Defendant's Motion and accompanying Memorandum of Law in Support, and for good cause shown, the Court hereby **GRANTS** the Defendant's Motions to Dismiss. The Court **AWARDS** Defendant its cost incurred and attorneys' fees under 17 U.S.C. § 505 and 17 U.S.C. § 1203.

Dated: _____                         _____
                                                                                  United States District Judge