**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

PARKS, MILLICAN & MANN, LLC

    Plaintiff

v.   CASE NO. 2:17-cv-00092

FIGURES TOY COMPANY

and

RING OF HONOR WRESTLING
ENTERTAINMENT LLC,
    Defendants

**FINANCIAL INTEREST DISCLOSURE STATEMENT FOR DEFENDANT**

    Pursuant to Local Civil Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for defendant, Ring of Honor Wrestling Entertainment LLC, in the above captioned action, certifies that it is a wholly owned subsidiary of Sinclair Broadcast Group, which is a publicly traded company.

Dated: June 15, 2017

    Respectfully submitted,

    RING OF HONOR WRESTLING
    ENTERTAINMENT, LLC

    By: /Kristan B. Burch/
    Kristan B. Burch, Esq. (VSB #42640)
    Lauren Tallent Rogers, Esq. (VSB #82711)
    Kaufman & Canoles, P.C.
    150 W. Main Street
    Suite 2100
    Norfolk, VA 23510
    (757) 624-3343
    Facsimile: (757) 624-3169
    kbburch@kaufcan.com
    ltrogers@kaufcan.com

*Counsel for Ring of Honor Wrestling Entertainment, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system on this 15th day of June, 2017, which will then send a notification of such filing to the following:

Duncan M. Byers
Ann C. Lahren
Pender & Coward, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
dbyers@pendercoward.com
alahren@pendercoward.com
*Counsel for plaintiff*

Mary Declan Hallerman
John Jay Dabney
Katie Bukrinsky
McDermott Will & Emery LLP
500 North Capitol St NW
Washington, DC 20001
mhallerman@mwe.com
jdabney@mwe.com
kbukrinsky@mwe.com
*Counsel for defendant, Figures Toy Company*

/Kristan B. Burch/

Kristan B. Burch, Esq. (VSB #42640)
Lauren Tallent Rogers, Esq. (VSB #82711)
Kaufman & Canoles, P.C.
150 W. Main Street
Suite 2100
Norfolk, VA 23510
(757) 624-3343
Facsimile: (757) 624-3169
kbburch@kaufcan.com
ltrogers@kaufcan.com
*Counsel for Ring of Honor Wrestling Entertainment, LLC*