# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

PARKS, MILLICAN & MANN, LLC

                Plaintiff,

  vs.

FIGURES TOY COMPANY,
and

RING OF HONOR WRESTLING
ENTERTAINMENT, LLC,

                Defendants.

CASE NO. 2:16 – cv – 522

## AFFIDAVIT OF RICHARD P. MANN

COMMONWEALTH OF VIRGINIA
CITY OF VIRGINIA BEACH, to-wit:

I, Richard P. Mann, declare as follows:

1. I am the same person known and referred to as "Rico Mann" in Parks, Millican & Mann's Complaint, First Amended Complaint, Second Amended Complaint, and any and all pleadings in the above-captioned matter.

2. At all times relevant to the above-captioned proceedings, I was a principal and/or managing member of Parks, Millican & Mann, LLC.

3. On or about February 6, 2017, I received the letter and reinstatement package dated January 19, 2017, for Parks, Millican & Mann, LLC from the Virginia State Corporation Commission, a copy of which is attached hereto as **Declaration Exhibit A**.

4. On the same day that I received the reinstatement package, I completed and returned the same to the Virginia State Corporation Commission as directed, along with the correct payment.

1



5. On or about May 17, 2017, I became aware that the Virginia State Corporation Commission was still showing Parks, Millican & Mann, LLC as "canceled" on the State Corporation Commission's website.

6. Therefore, on May 30, 2017, I personally prepared and hand-delivered a duplicate Application for Reinstatement of a Virginia Limited Liability Company to the Virginia State Corporation Commission and paid in-person the applicable fee for reinstatement. See **Declaration Exhibit B.**

7. By agreement and through my position as Managing Member of Parks, Millican & Mann, LLC, I have transferred my rights with respect to my copyrighted and copyrightable work for Ring of Honor Wrestling Championship Belts to Parks, Millican & Mann, LLC for registration and enforcement of any and all rights and protections with respect to these designs.

8. I, personally, communicated directly with Steve Sandberg ("Sandberg") of Figures Toy Company ("Figures") with regard to contract negotiations for the production of replica Ring of Honor Wrestling Championship belts.

9. Figures, through Sandberg, and during active negotiations with respect to the contract for production of the replica championship belts, confirmed with me that we had a gentleman's agreement for the production of the replica belts and I provided the designs in reliance upon this agreement. These negotiations expressly involved expectation of payment from Figures for the production of replica items using Parks, Millican & Mann, LLC designs.

10. The email dated April 22, 2014 from myself to Sandberg, which is attached as Exhibit 4 to the Second Amended Complaint, is a true and accurate copy of one of multiple emails between myself and Sandberg with respect to contract negotiations and confirms facts upon which I relied in sending the belt designs to Figures.

2

## AFFIDAVIT OF RICHARD P. MANN A/K/A "RICO MANN"

Further affiant sayeth not.

Richard P. Mann a/k/a Rico Mann

This day personally appeared before me, the undersigned Notary Public in and for the county/city and state aforesaid, Richard P. Mann a/k/a Rico Mann, to me known to be the person named herein, who after being duly sworn, deposed and said that the facts contained in the foregoing instrument are true and correct.

Sworn and subscribed to before me this 20 day of May, 2017.

Notary Public

My Commission Expires: 7/31/2019
My Registration No. 7645317

NICOLE RACHELLE GREENE
COMMONWEALTH
REGISTRATION NO.
7645317
MY COMM. EXPIRES:
07/31/2019
OF VIRGINIA
NOTARY PUBLIC

REDACTED

---------- Forwarded message ---------
From: Angela Kneer <Angela.Kneer@scc.virginia.gov>
Date: Mon, Feb 6, 2017 at 10:03 AM
Subject: Parks, Millican & Mann, LLC
To: ricomann1@gmail.com <ricomann1@gmail.com>

PLEASE CONFIRM RECEIPT.

The reinstatement packet that you requested for the entity listed in the subject line is attached. If you have any questions, contact the Clerk's Office at 804-371-9733 or toll-free in Virginia, 1-866-722-2551. The estimated processing time for reinstatement applications is approximately

6 to 8 business days. For information about expediting the processing of your filing, you may click on this link: http://www.scc.virginia.gov/clk/expsvc.aspx.

Return the required documents, along with a copy of the reinstatement instruction letter, to the Commission at the following address:

(U.S. Mail)



State Corporation Commission

1

Office of the Clerk

Attn: Reinstatement

PO Box 1197

Richmond, VA 23218-1197


(Overnight Courier)


State Corporation Commission

Office of the Clerk

Attn: Reinstatement

Tyler Building, 1st floor

1300 East Main St

Richmond, VA 23219


If you received this email in error, or have questions or concerns regarding the reinstatement of a business entity, contact the Clerk's Office at (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

| | |
|---|---|
| **From:** | Reinstatement_Packets |
| **Sent:** | Wednesday, January 18, 2017 4:23 PM |
| **To:** | Reinstatement_Packets; 5-LLC_LP_BT_via_Email |
| **Subject:** | Parks Millican & Mann, LLC |

**Importance:**  High

```
Entity Name:      PARKS MILLICAN & MANN, LLC
Entity ID:        S3324656
Requestor:        Richard Mann
Requesting Firm:
Address 1:
Address 2:
City, State, Zip:
Phone No:         7578393829
Email:            RICOMANN1@GMAIL.COM
Delivery Method:  Email
```

17-50  (July)

$75  1/16/17
paid 2016

14

COMMONWEALTH OF VIRGINIA

MARK C. CHRISTIE
COMMISSIONER

JAMES C. DIMITRI
COMMISSIONER

JUDITH WILLIAMS JAGDMANN
COMMISSIONER

JOEL H. PECK
CLERK OF THE COMMISSION
P.O. BOX 1197
RICHMOND, VIRGINIA 23218-1197

STATE CORPORATION COMMISSION
Office of the Clerk

January 19, 2017

RICHARD P MANN
**EMAIL**
VIRGINIA BEACH, VA 23451

RE:   Parks, Millican & Mann, LLC
ID:   S332465 - 6

A limited liability company whose existence has been canceled may apply to the State Corporation Commission for reinstatement within 5 years after cancellation pursuant to Section 13.1-1050.4 of the Code of Virginia.  In order to have its existence reinstated, the limited liability company must provide the Commission with the following:

1. An application for reinstatement signed by a manager or member of the limited liability company, which may be in the form of a letter.  A pre-printed application for reinstatement is enclosed for your convenience.

2. A check or money order payable to the State Corporation Commission in the amount of $150.00 to cover the following:

   Reinstatement fee:  $100.00

   Registration fee(s) and penalties (if applicable): $50.00

      for the following year(s):  2017

If the registered agent and/or registered office address has changed, complete and return the enclosed form LLC-1016.

Finally, if the limited liability company has changed the address of its principal office (which is defined as the office where its principal executive offices are located) complete and return the enclosed form LLC-1018.1.

After July 31, 2017, an additional $25.00 will be required for reinstatement to cover the 2017 penalty.

The total fee quote for reinstatement in this letter takes into account the recent payment of $75.00 for the 2016 annual registration fee and/or penalty on 01/16/2017.

DATE OF CANCELLATION: October 31, 2016

Return the required documents and payments, along with a copy of this letter, to the Commission at the address shown on the enclosed envelope (marked "Attn: Reinstatement") to ensure correct document processing.

LLRESTAT
CISEMM

Thank you for contacting our office. If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

                              Sincerely,

                                Clerk's Office

Enclosures

LLRESTAT
CISEMM

## APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA LIMITED LIABILITY COMPANY

Date: _____

To:   State Corporation Commission
      Office of the Clerk

| Last Day for Reinstatement |
| **October 31, 2021** |

From:  **Parks, Millican & Mann, LLC**
       SCC ID No. **S332465 - 6**

| 07 |

On behalf of Parks, Millican & Mann, LLC, the undersigned hereby requests the Commission to reinstate the limited liability company's existence.  All required documents and fees are enclosed.

Sincerely,

_____
(signature)

_____
(printed name)

_____
(title (e.g., manager or member))

*For Office Use Only*

DCN: _____

_____

Reinstatement Fee:        $ _____
Past Due Fees: (        ) $ _____
Total:                    $ _____
R/A?  Yes: _____ No: _____ N/C: _____
P/O?  Yes: _____ No: _____ N/C: _____
Exam By:          Date:

CHECK IF APPLICABLE:

☐ The person signing this application on behalf of the limited liability company has been delegated the right and power to manage the company's business and affairs.

This application <u>must</u> be signed by a person who is a manager or member of the limited liability company, or by a person with some other title who has been delegated the right and power to manage the company's business and affairs (with the box checked).  "Owner" is not an acceptable title.  See § 13.1-1003 of the Code of Virginia.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

_____          _____
(name)                                 (telephone number)

_____
(mailing address)

LLRESTAX
CISEMM

**LLC**

LLC-1016
Statement of Change of Registered Office and/or Registered Agent

SCC ID #    S332465 - 6
CIS ID #    CISEMM

MAIL THE ENCLOSED FORM TO:

RICHARD P MANN
**EMAIL**
VIRGINIA BEACH, VA 23451

## INSTRUCTIONS TO THE STATEMENT OF CHANGE ON FORM LLC-1016

A statement of change form must be filed by a Virginia or foreign limited liability company ("LLC") to change its registered agent and/or registered office address information on file with the Commission. A statement of change may be completed and filed online at www.sccefile.scc.virginia.gov, or this form may be completed and mailed to the Clerk's Office. No fee is required for filing a statement of change. *For more information, see our FAQs at www.scc.virginia.gov/clk/befaq/ra.aspx.*

The statement must be in the English language, typewritten or printed in black, and legible and reproducible.

Section A    Unless a new registered agent is listed in the Revised Information area, the current registered agent will continue to be the registered agent of record after this form is filed.

The limited liability company may have only one registered agent.

The limited liability company may not serve as its own registered agent.

When the registered office address is being changed, provide a complete address (e.g., street address, city/town, state, and zip code), even though some of the current information may stay the same.

The registered office address (i) must be identical to the address of the registered agent's business office, (ii) must be located in Virginia, and (iii) must include a street name and number if one is associated with the location. The registered office may not be located at a commercial mail receiving agency (including a virtual office). A post office box (alone) is acceptable *only* for towns/cities that have a population of 2,000 or less when no street address or rural route and box number is associated with the location of the registered office.

The locality reflects the name of the county or independent city in which the registered office is physically located. When the registered office address lists a town, the locality information needs to list the county in which the town is located.

Section B    Whenever a new registered agent is listed in Section A, the qualification of the person who is to serve as the new registered agent must be listed in Section B. If a person does not completely meet one of the listed qualifications, the person is not authorized to serve as the LLC's registered agent in Virginia. Section B may also be used to change the current registered agent's qualification on the records of the Commission.

Section C    The printed name and title of the person signing the statement must be set forth below his or her signature.

Whenever the statement is used to change the registered agent, it must be signed (i) by a manager, (ii) by a person who has been delegated the right and power to manage the business and affairs of the LLC (and the box indicating this authority has been granted must be checked), (iii) by a member, or (iv) on behalf of a foreign LLC, by a person who is authorized to sign an instrument of amendment to be filed in the state or jurisdiction under whose laws the foreign LLC is formed. (Note: The title **"owner"** is not acceptable.)

> A person may sign with the title **"registered agent"** in only two instances.
>
> 1. The current registered agent may sign if, and only if, (i) the registered agent's business office has been relocated and this statement is being used to change the registered office address to that location, or (ii) the registered agent's name has been legally changed (which should be noted in Section A).
>
> 2. The new registered agent may sign if, and only if, it is a business entity that was the survivor of a merger with the current registered agent (which should be noted in Section A) and the new registered agent is a Virginia or foreign business entity that is authorized or registered to transact business in Virginia.
>
> Important: Whenever the statement is signed by a registered agent, the registered agent must check the box to the right of the signature to affirm that notice of the filing has been sent to the LLC.
>
> Important: A person signing on behalf of a business entity *that is the registered agent of the LLC* must set forth his or her printed name, the person's title as to the business entity, the business entity's name, and the business entity's title as to the LLC (i.e., "registered agent"). See § 13.1-1003 of the Code of Virginia.

*It is a Class 1 misdemeanor for any person to sign a document he or she knows is false in any material respect with intent that the document be delivered to the Commission for filing. See § 13.1-1006 of the Code of Virginia.*

Submit the original, signed statement to the Clerk of the State Corporation Commission, P.O. Box 1197, Richmond, VA 23218-1197, (Street address: 1300 East Main Street, Tyler Building, 1st Floor, Richmond, VA 23219). If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

DO NOT RETURN THIS INSTRUCTION PAGE WITH THE SIGNED STATEMENT.



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**REINSTATE**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**LLC-1016**
**(07/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

LLC's Name:    **Parks, Millican & Mann, LLC**

(the "Company")

SCC ID No.:  **S332465 - 6**

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** Name: | RICHARD P MANN | |
| Qualification: | MEMBER/MANAGER | (Use Section B to provide or change qualification information.) |
| **Registered Office** Address: | 1100 MILLERS LANE | (Provide a complete address when a change is being made.) |
| | VIRGINIA BEACH, VA 23451-0000 | |
| Locality: | VIRGINIA BEACH CITY | ☐ County or ☐ City of _____ |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1) an <u>individual</u> who is a resident of Virginia <u>and</u>

☐ a member or manager of the Company.

☐ a member or manager of an LLC that is a member or manager of the Company.

☐ an officer or director of a corporation that is a member or manager of the Company.

☐ a general partner of a general or limited partnership that is a member or manager of the Co.

☐ a trustee of a trust that is a member or manager of the Company.

☐ a member of the Virginia State Bar.

☐ a designated employee who is an officer (but <u>not</u> a member or manager) of the Company.

**OR**

(2) ☐ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the Company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on behalf of the Company by:

_____
(signature)            (date)

_____
(printed name)

_____
(title (e.g., member or manager))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

CHECK IF APPLICABLE: ☐ The person signing above has been delegated the right and power to manage the Company's business and affairs.

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

LLC-1018.1          STATEMENT OF CHANGE OF THE PRINCIPAL OFFICE ADDRESS
(04/10)                        OF A LIMITED LIABILITY COMPANY

1.  Limited Liability Company's Name:                          SCC ID #: S332465 - 6

    **Parks, Millican & Mann, LLC**

2.  Current principal office address on record:

    **1100 MILLERS LANE**

    **VIRGINIA BEACH, VA 23451-0000**

3.  The limited liability company's principal office address, including the street and number, is changed
    to:

    _____
    (number/street)                                    (city or town)          (state)        (zip)

Executed in the name of the limited liability company by:

    _____          _____
    (signature)                                                    (date)

    _____          _____
    (printed name)                                               (title (e.g., manager or member))

    _____          _____
    (limited liability company's SCC ID no. (optional))    (telephone number (optional))

CHECK IF APPLICABLE (see instructions):

    ☐  The person signing this document on behalf of the limited liability company has been
        delegated the right and power to manage the company's business and affairs.

*(The statement must be executed in the name of the limited liability company by any manager or other person*
*who has been delegated the right and power to manage the business and affairs of the limited liability company,*
*or if no manager or such other person has been selected, by any member of the limited liability company.)*

PRIVACY ADVISORY: Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included
in business entity documents filed with the Office of the Clerk of the Commission.  Any information provided on these documents is subject to public viewing.

**SEE INSTRUCTIONS**

**REINSTATE**

RICHARD P MANN
**EMAIL**
VIRGINIA BEACH, VA 23451

S332465 - 6
CISEMM

## INSTRUCTIONS TO FORM LLC-1018.1

The law requires that this statement be on a form prescribed and furnished by the Commission.  The statement must be in the English language, presented on uniformly white, opaque paper, and be typewritten or printed in black, legible and reproducible, and free of visible watermarks and background logos.

The principal office is the office where the principal executive offices of the limited liability company are located.  See § 13.1-1002 of the Code of Virginia.  It is also the location at which the limited liability company is required to keep a current list of the full name and last known business address of each member of the limited liability company, as well as the other limited liability company information and records specified in § 13.1-1028 of the Code of Virginia.

The principal office address must include a street and number, if one is associated with the principal office's location.  A rural route and box number may only be used if no street address is associated with the principal office's location.  A post office box is not acceptable given the statutory provisions described in the preceding paragraph.

The person signing the statement must print his or her name and the capacity in which he or she is signing (e.g., manager or member) beneath or opposite his or her signature.  A person signing on behalf of a manager or member that is a business entity must set forth the business entity's name, his or her printed name and the capacity in which he or she is signing on behalf of the business entity.  See § 13.1-1003 of the Code of Virginia.

IMPORTANT:  If the statement is being signed by a person, other than a manager or member, who has been delegated the right and power to manage the business and affairs of the limited liability company, the box below the signature area must be marked.  The delegation of the right and power to manage the business and affairs of the limited liability company will not be inferred from execution of the statement by a person with the title of "president" or other officer of the limited liability company.

It is a Class 1 misdemeanor for any person to sign a document he or she knows is false in any material respect with intent that the document be delivered to the Commission for filing.  See § 13.1-1006 of the Code of Virginia.

Submit the original, signed statement to the Clerk of the State Corporation Commission, P.O. Box 1197, Richmond, Virginia 23218-1197, (Street address: 1300 East Main Street, Tyler Building, 1st Floor, Richmond, Virginia 23219).  If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

### NOTE

To change the registered agent and/or the registered office address, the limited liability company must file a statement of change of registered agent/registered office on form LLC-1016.  This form can be completed and filed electronically through the Commission's eCommerce portal at https://sccefile.scc.virginia.gov/.

## APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA LIMITED LIABILITY COMPANY

Date: _02/06/17_

To:     State Corporation Commission
        Office of the Clerk

From:   **Parks, Millican & Mann, LLC**
        SCC ID No. S332465 - 6

| Last Day for Reinstatement |
| :-: |
| **October 31, 2021** |

| 07 |
|----|

On behalf of Parks, Millican & Mann, LLC, the undersigned hereby requests the Commission to reinstate the limited liability company's existence.  All required documents and fees are enclosed.

Sincerely,

_(signature)_

_Richard P. Mann_
(printed name)

_Managing Member_
(title (e.g. manager or member))

| For Office Use Only |
|---|
| DCN: _____ |
| _____ |
| Reinstatement Fee:      $ _____ |
| Past Due Fees: (      ) $ _____ |
| Total:                 $ _____ |
| R/A?  Yes: _____ No: _____ N/C: _____ |
| P/O?  Yes: _____ No: _____ N/C: _____ |
| Exam By:          Date: |

CHECK IF APPLICABLE:

[X]  The person signing this application on behalf of the limited liability company has been delegated
the right and power to manage the company's business and affairs.

This application must be signed by a person who is a manager or member of the limited liability company, or by a
person with some other title who has been delegated the right and power to manage the company's business and
affairs (with the box checked).  "Owner" is not an acceptable title.  See § 13.1-1003 of the Code of Virginia.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If
left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

_Richard P. Mann_                      _(757) 839-3829_
(name)                                 (telephone number)

_1100 Millers Ln  VA. Beach, VA  23451_
(mailing address)

LLRESTAX
CISEMM

**LLC**



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
1300 E MAIN ST
RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia

SCC21.2
(01/17)



**Expedited Service Request Form**

## This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): *(Must be typed for Email option.)* | SCC ID No. *(if known):* |
|---|---|
| *Parks Millican & Mann, LLC* | *S3324656* |

**Customer Contact Information:**

Firm: _____

Attn: *Richard Mann*

Address: *1100 Millers Ln*

*VA. Beach  VA  23451*
(city or town)    (state)    (zip code)

Telephone: ( *757* ) *839* - *3829* ext _____

Email: *ricomann1@gmail.com*

**Send Evidence of Expedited Filing By:**
**(Choose one)**

☒ Email (Only available for Categories A, C and D)

**Two typed originals** of this form **must** be submitted for Email option.
See "Return of Evidence" in the Instructions.

☐ Hold for Pickup (Available at 4:00 p.m.)

☐ First-Class Mail

☐ USPS Express Mail (Prepaid envelope required.)

☐ Overnight via ☐ UPS ☐ Fed Ex
(Completed waybill required. For Fed Ex, the waybill must be computer-generated with a barcode.)

~~ See Information & Instructions for description of Categories. ~~

**Expedited Service Requested:**
(mark service requested)

**\*\*\* Expedite Fee:**
**\*\*\* (other fees may be needed – see footnote)**

| | | |
|---|---|---|
| ☐ **Category A** Expedite Business Entity Document listed in Schedule A | | |
| ☐ Same Day Service (Received by 10:00 a.m.) | $ 200 | |
| ☐ Next Day Service (Received by 2:00 p.m.) | $ 100 | |
| ☐ **Category B** Preliminary Review of Document listed in Schedule A (2nd Business Day Service Only – Received by 2:00 p.m.) | $ 50 | |
| ☐ Resubmission within 30 Days of initial Pre-Review | (N/C) | |
| ☐ **Category C** Expedite Business Entity Document listed in Schedule C (Next Day Service Only – Received by 2:00 p.m.) | $ 50 | |
| ☒ **Category D** Expedite Application for Reinstatement (Next Day Service Only – Received by 2:00 p.m.) | $ 50 | |

**FOR OFFICE USE ONLY**

*2017 MAY 30 PM 2:39*
*STATE CORP COMMISSION*

I/O ☐

\*\*\* Submit one payment for *all* applicable fees (e.g., charter/entrance, reinstatement, filing *and* expedite fees)

### REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

**EXHIBIT**
DECLARATION
*Ex. B*
tabbies

ENTITY NAME: *Parks Millican & Mann, RLC*

Name availability done in:

Initials:          Conflict with ID #:

eFile: _____   _____          ENTITY ID #: _____

CIS: _____   _____          DCN #: _____

_____

_____

**CHARTER EXAMINER WORKSHEET**

CHARTER / ENTRANCE FEE   _____          JURISDICTION: _____

FILING FEE   _____

EXPEDITE FEE(S)   _____

| **SPECIAL EFFECTIVE DATE / TIME** |
| _____ |

TOTAL FEES   _____          INDUSTRY CODE: _____

AMENDMENT OR OTHER INFORMATION:   SEND COPY TO: _____

_____

_____

_____

_____

COPYWORK REQUESTED:          CORRESPONDENT:

_____          _____

_____          _____

_____          _____

AMOUNT AVAILABLE          _____ MAIL
FOR COPYWORK:          _____ CALL
_____ FAX
2017 MAY 30  PM 12:40          _____ FED EX

```
CISJMJ                           CIS                        05/30/17
1    8  LLCM3220          LLC DATA INQUIRY                  12:32:52
    LLC ID: S332465 - 6  STATUS: 19  CANC (AUTO-FEE)  STATUS DATE: 10/31/16
  LLC NAME: Parks, Millican & Mann, LLC_____
_____
DATE OF FILING: 07/09/2010  PERIOD OF DURATION:          INDUSTRY CODE: 00
STATE OF FILING:  VA VIRGINIA            MERGER INDICATOR:
                    CONVERSION/DOMESTICATION INDICATOR:
          P R I N C I P A L    O F F I C E    A D D R E S S
    STREET: 1100 MILLERS LANE

      CITY: VIRGINIA BEACH           STATE:  VA ZIP: 23451-0000
          R E G I S T E R E D    A G E N T    I N F O R M A T I O N
  R/A NAME:  RICHARD P MANN

   STREET: 1100 MILLERS LANE
                                                       RTN MAIL:
      CITY: VIRGINIA BEACH           STATE:  VA ZIP: 23451-0000
R/A STATUS: 1 MEMBER/MANAGER   EFF DATE: 10/30/12 LOC: 228  VIRGINIA BEACH
      YEAR       FEES        PENALTY    INTEREST      BALANCE
      16         50.00       25.00
COMMAND: ..............................................................
4AŨ                                                         05,016
```

2017 MAY 30  PH 12: 40

SGC-CLERK'S OFFICE



# COMMONWEALTH OF VIRGINIA

**MARK C. CHRISTIE**
COMMISSIONER

**JAMES C. DIMITRI**
COMMISSIONER

**JUDITH WILLIAMS JAGDMANN**
COMMISSIONER

**JOEL H. PECK**
CLERK OF THE COMMISSION
P.O. BOX 1197
RICHMOND, VIRGINIA 23218-1197

## STATE CORPORATION COMMISSION
### Office of the Clerk

January 19, 2017

RICHARD P MANN
**EMAIL**
VIRGINIA BEACH, VA 23451

RE:   Parks, Millican & Mann, LLC
ID:   S332465 - 6

A limited liability company whose existence has been canceled may apply to the State Corporation Commission for reinstatement within 5 years after cancellation pursuant to Section 13.1-1050.4 of the Code of Virginia.  In order to have its existence reinstated, the limited liability company must provide the Commission with the following:

1.  An application for reinstatement signed by a manager or member of the limited liability company, which may be in the form of a letter.  A pre-printed application for reinstatement is enclosed for your convenience.

2.  A check or money order payable to the State Corporation Commission in the amount of $150.00 to cover the following:

    Reinstatement fee:   $100.00

    Registration fee(s) and penalties (if applicable): $50.00

      for the following year(s):  2017

If the registered agent and/or registered office address has changed, complete and return the enclosed form LLC-1016.

Finally, if the limited liability company has changed the address of its principal office (which is defined as the office where its principal executive offices are located) complete and return the enclosed form LLC-1018.1.

After July 31, 2017, an additional $25.00 will be required for reinstatement to cover the 2017 penalty.

The total fee quote for reinstatement in this letter takes into account the recent payment of $75.00 for the 2016 annual registration fee and/or penalty on 01/16/2017.

DATE OF CANCELLATION: October 31, 2016

Return the required documents and payments, along with a copy of this letter, to the Commission at the address shown on the enclosed envelope (marked "Attn: Reinstatement") to ensure correct document processing.

LLRESTAT
CISEMM

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA LIMITED LIABILITY COMPANY

Date: _02/06/17_

To:   State Corporation Commission
      Office of the Clerk

From:  **Parks, Millican & Mann, LLC**
       SCC ID No. S332465 - 6

| Last Day for Reinstatement |
|---|
| **October 31, 2021** |

07

On behalf of Parks, Millican & Mann, LLC, the undersigned hereby requests the Commission to reinstate the limited liability company's existence.  All required documents and fees are enclosed.

Sincerely,

_(signature)_

_Richard P. Mann_
(printed name)

_Managing Member_
(title (e.g. manager or member))

| For Office Use Only |
|---|
| DCN: _____ |
| _____ |
| Reinstatement Fee:       $ _____ |
| Past Due Fees: (      ) $ _____ |
| Total:                   $ _____ |
| R/A?  Yes: ____ No: ____ N/C: ____ |
| P/O?  Yes: ____ No: ____ N/C: ____ |
| Exam By:          Date: |

CHECK IF APPLICABLE:

☒  The person signing this application on behalf of the limited liability company has been delegated
    the right and power to manage the company's business and affairs.

This application <u>must</u> be signed by a person who is a manager or member of the limited liability company, or by a
person with some other title who has been delegated the right and power to manage the company's business and
affairs (with the box checked).  "Owner" is not an acceptable title.  See § 13.1-1003 of the Code of Virginia.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent. (If
left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

_Richard P. Mann_                    _(757) 839-3829_
(name)                               (telephone number)

_1100 Millers Ln   VA Beach, VA   23451_
(mailing address)

LLRESTAX
CISEMM

**LLC**

| | |
|---|---|
| From: | Reinstatement_Packets |
| Sent: | Wednesday, January 18, 2017 4:23 PM |
| To: | Reinstatement_Packets; 5-LLC_LP_BT_via_Email |
| Subject: | Parks Millican & Mann, LLC |
| Importance: | High |

```
Entity Name:      PARKS MILLICAN & MANN, LLC
Entity ID:        S3324656
Requestor:        Richard Mann
Requesting Firm:
Address 1:
Address 2:
City, State, Zip:
Phone No:         7578393829
Email:            RICOMANN1@GMAIL.COM
Delivery Method:  Email
```

17-50   (July)

$75  1/16/17
paid 2016

CIS0012 - PRESS PF12 KEY TO ADD RECORD TO DATABASE
CISJMJ                                    CIS                      05/30/17
CISM0005                            Document Logging              12:37:07

Document Control Number: 17 05 30 1702    Batch Number: 17-05-30-4524
Document Type:  CHK_       Type (D/F):  _
         Corp ID:  S332465 6
                                       Name Search Type: C
                                    Bypass Name Search: N
Corporate Name:  Parks, Millican & Mann, LLC _____

Payment Amount:  200.00_____
Correspondence   RICHARD MANN_____
        Name:    EXPEDITED REINSTATEMENT_____
      Address:   1100 MILLERS LANE_____

        City:    VIRGINIA BEACH_____  State: VA Zip: 23451 0000
     Country:    _____
Are there additional documents for this check?  N
Document replaces DCN: _0 __ __ ____ _    This check pays DCN: _0 __ __ ____ _


Command: _____
 F1=Help F12=Accept
4AÛ
                                                              06,027