IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| PARKS, MILLICAN & MANN, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>FIGURES TOY COMPANY<br><br>and<br><br>RING OF HONOR WRESTLING ENTERTAINMENT LLC,<br><br>        Defendants. | Civil Action No. 2:16-cv-00522 |

**NOTICE OF REQUEST FOR HEARING ON DEFENDANT RING OF HONOR'S RULE 12(b)(6) MOTION TO DISMISS**

Defendant, Ring of Honor Wrestling Entertainment, LLC ("Defendant"), by counsel, hereby provides notice of Defendant's request for hearing on Defendant's Rule 12(b)(6) Motion to Dismiss (ECF No. 39). Defendant asserts that this Motion could be simultaneously heard with Defendant Figures Toy Company's Rule 12(b)(6) Motion to Dismiss (ECF No. 28) as the issues are similar.

Dated: July 7, 2017

Respectfully submitted,

By: /s/ Lauren Tallent Rogers
Kristan B. Burch, Esq. (VSB #42640)
Lauren Tallent Rogers, Esq. (VSB # 82711)
Kaufman & Canoles, P.C.
150 W. Main Street
Suite 2100
Norfolk, VA 23510
(757) 624-0000
Facsimile: 888-360-9092
kbburch@kaufcan.com
ltrogers@kaufcan.com

*Counsel for Ring of Honor Wrestling Entertainment, LLC*

CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system on this 7th day of July, 2017, which will then send a notification of such filing to the following:

Duncan M. Byers
Ann C. Lahren
Pender & Coward, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
dbyers@pendercoward.com
alahren@pendercoward.com
*Counsel for plaintiff*

Mary Declan Hallerman
John Jay Dabney
Katie Bukrinsky
McDermott Will & Emery LLP
500 North Capitol St NW
Washington, DC 20001
mhallerman@mwe.com
jdabney@mwe.com
kbukrinsky@mwe.com
*Counsel for defendant, Figures Toy Company*

                          /s/Lauren Tallent Rogers
Kristan B. Burch, Esq. (VSB #42640)
Lauren Tallent Rogers, Esq. (VSB #82711)
Kaufman & Canoles, P.C.
150 W. Main Street
Suite 2100
Norfolk, VA 23510
(757) 624-0000
Facsimile: 888-360-9092
kbburch@kaufcan.com
ltrogers@kaufcan.com
*Counsel for Ring of Honor Wrestling Entertainment, LLC*