# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*
NORFOLK DIVISION

## Monday, November 27, 2017

**MINUTES OF PROCEEDINGS** IN  Open Court
**PRESENT**: THE HONORABLE   Robert G. Doumar, Senior United States District Judge
Courtroom Deputy:  Lori Baxter
Law Clerk:  Tom Ports                                                    Reporter:  Carol Naughton, OCR

| Set:   2:30 p.m. | Started:   2:37 p.m. | Ended:   4:09 p.m. |
|---|---|---|
| Case No.   2:16cv522 ||| 
| ||| 
| Parks, Millican & Mann, LLC<br><br>                   v.<br><br>Figures Toy Company<br>Ring of Honor Wrestling Entertainment, LLC |||
| |||
| Appearances:   Anne C. Lahren for the Plaintiff.   Mary D. Hallerman for Defendant Figures Toy Company.   Kristan B. Burch for Ring of Honor Wrestling Entertainment, LLC. |||
| |||
| Hearing held re [27] Motion to Dismiss for Failure to State a Claim Plaintiff's Second Amended Complaint and [39] Motion to Dismiss for Failure to State a Claim.   Arguments of counsel heard.   The Court GRANTS the plaintiff leave to file another amended complaint w/in 14 days of today's hearing.   The defendant has 14 days to answer the amended complaint.   Court to issue an order. |||