# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-029-611**

**Effective Date of Registration:**
August 30, 2016

## Title

        Title of Work:    2012 Ring of Honor World Tag Team Championship Belt

## Completion/Publication

      Year of Completion:    2012
   Date of 1st Publication:    September 13, 2012
 Nation of 1st Publication:    United States

## Author

-             Author:    Richard Patrick Mann
         Pseudonym:    Rico Mann
     Author Created:    2-D artwork
  Work made for hire:    No
          Citizen of:    United States
          Year Born:    1970
    Pseudonymous:    Yes

-             Author:    Reggie David Parks
     Author Created:    2-D artwork
  Work made for hire:    No
          Citizen of:    Canada
      Domiciled in:    United States
          Year Born:    1935

## Copyright Claimant

    Copyright Claimant:    Parks Millican & Mann, LLC
                              1100 Millers Lane, Virginia Beach, VA, 23451, United States
    Transfer statement:    By written agreement

## Rights and Permissions

    Organization Name:    Parks Millican & Mann, LLC
                 Name:    Rico Mann

EXHIBIT 1