

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = va0002067750
Search Results: Displaying 1 of 1 entries



### 2012 ROH World Heavyweight Championship Belt.

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002067750 / 2017-09-19 |
| **Application Title:** | 2012 ROH World Heavyweight Championship Belt. |
| **Title:** | 2012 ROH World Heavyweight Championship Belt. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Richard Patrick Mann, 1970- . Address: 1100 Millers Lane, Virginia Beach, VA, 23451, United States. |
| **Date of Creation:** | 2012 |
| **Date of Publication:** | 2012-12-13 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Rico Mann, pseud. of Richard Patrick Mann, 1970- (author of pseudonymous work); Citizenship: United States. Authorship: Title Belt Design. |
| **Rights and Permissions:** | Rico Mann, Parks Millican & Mann, LLC, 1100 Millers Lane, Virginia Beach, VA, 23451, United States, (757) 839-3829, (757) 839-3829, ricomannbelts@cox.net |
| **Copyright Note:** | C.O. correspondence.<br>Basis for Registration: Pictorial and sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |
| **Names:** | Mann, Richard Patrick, 1970-<br>Mann, Rico, pseud., 1970- |





**EXHIBIT 2**

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0002067750 / 2017-09-19

Application Title: 2012 ROH World Heavyweight Championship Belt.

Title:              2012 ROH World Heavyweight Championship Belt.

Description:        Electronic file (eService)

Copyright Claimant:
                    Richard Patrick Mann, 1970-   .

Date of Creation:   2012

Date of Publication:
                    2012-12-13

Nation of First Publication:
                    United States

Authorship on Application:
                    Rico Mann, pseud. of Richard Patrick Mann, 1970-    (author
                      of pseudonymous work); Citizenship: United States.
                      Authorship: Title Belt Design.

Rights and Permissions:
                    Rico Mann, Parks Millican & Mann, LLC, 1100 Millers Lane,
                      Virginia Beach, VA, 23451, United States, (757)
                      839-3829, (757) 839-3829, ricomannbelts@cox.net

Copyright Note:     C.O. correspondence.
                    Basis for Registration: Pictorial and sculptural features
                      identified separately from and capable of existing
                      independently of the utilitarian aspects of a useful
                      article.

Names:              Mann, Richard Patrick, 1970-
                    Mann, Rico, pseud., 1970-

==========================================================================
```