**Anne Lahren**

| | |
|---|---|
| **From:** | FIGINC@aol.com |
| **Sent:** | Friday, July 01, 2016 10:47 AM |
| **To:** | Anne Lahren |
| **Subject:** | Fwd: For Steve - ROH Links |

Hi Anne
here is the email that we spoke about in Reference to Rico. We also have several others.
                    Sincerely Steve Sandberg

From: ricomann1@netzero.net
To: FIGINC@aol.com
Sent: 4/22/2014 1:54:04 P.M. Eastern Daylight Time
Subj: For Steve - ROH Links

=================================================================================================

CONFIDENTIALITY NOTICE: This E-mail, along with attachments, if any, and any replies thereto, are covered by the Electronic Communications Privacy Act, 18.U.S.C. Sections 2510-2521 and are legally privileged. This information is confidential and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication is strictly prohibited.

=================================================================================================

**Hi Steve,**

**I've been working on and correcting the ROH agreement, but considering your need to get started, I'm sending you the files before it's completion and execution based on our gentelmens agreement. I have converted the 3 current belt designs to ai format and have included jpegs of the color versions of the designs. Please note the specific dual plating on the world title.**

You can download files here: https://www.mediafire.com/folder/a1l5ofs5d857u/04-22-2014_ROH_4_Fig_Inc

Please let me know if you have any problems getting the files.

EXHIBIT 4

1

Also note that the Classic ROH World, Pure, & Tag Team titles will be forcoming as soon as they can be converted.

Kindest Regards,

Rico Mann

Championship Belt Designer

Reggie Parks Championship Belts and

Dave Millican Championship Belts



Direct: 757.839.3829

eFax:   253.461.1452

http://reggieparksbelts.com

http://davemillicanbelts.com

www.facebook.com/rico.mann

www.twitter.com/RicoMann

---

**Do THIS before eating carbs (every time)**
1 EASY tip to increase fat-burning, lower blood sugar & decrease fat storage
info.fixyourbloodsugar.com