

EXHIBIT 8