Tweet



**Figures Toy Company**
@FiguresToyCo

Turn your figures into champions! Put #ROH gold around their waists w/ the @ringofhonor Championship Belt Pack! buff.ly/2pXwMnG



4/24/17, 5:00 PM

**2** RETWEETS  **8** LIKES

EXHIBIT 12

Tweet your reply

Home    Explore    Notifications    Messages    Me