

**Wrestling Superstore**
@wres_superstore

Follow

.@ringofhonor Wrestling Ring w/ @MichaelElgin25. Figure Belts. Replicas & more in stock now! buff.ly/1UmZOZt



RETWEETS 12   LIKES 23

11:37 AM - 18 Mar 2016

**DUSTIN**
@wres_superstore @ringofhonor @MichaelElgin25 do the upcoming ROH action figures have full dexterity like an elite wwe figure?

**Wrestling Superstore**
@WrestlingSchnau these are designed after JAKKS figures. Nothing to do w



EXHIBIT 13

