# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| PARKS, MILLICAN & MANN, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FIGURES TOY COMPANY <br><br> and <br><br> RING OF HONOR WRESTLING ENTERTAINMENT LLC, <br><br> Defendants. | Civil Action No. 2:16-cv-00522 |

## DEFENDANT FIGURES TOY COMPANY'S
## MOTION TO PARTIALLY DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Figures Toy Company ("Figures") moves to partially dismiss Plaintiff Parks, Millican & Mann, LLC's Third Amended Complaint (Dkt. No. 21). Specifically, Figures seeks dismissal of Plaintiff's claims for copyright infringement and violation of the DMCA to the extent those claims are based on the Heavyweight World Championship Belt. Figures also seeks dismissal of Plaintiff's statutory business conspiracy claim in its entirety. As this was Plaintiff's fourth opportunity to attempt to state a claim against Figures, these claims should be dismissed with prejudice.

In support of this Motion, Figures submits the accompanying Memorandum of Law, and Proposed Order.

Dated: December 22, 2017                By: /s/Mary D. Hallerman
                                                                      Mary Hallerman (Va. Bar. No. 80430)
                                                                      John J. Dabney (admitted *pro hac vice*)
                                                                      McDermott Will & Emery LLP
                                                                      The McDermott Building
                                                                      Washington, D.C. 20001-1531
                                                                      Tel: 202-756-8738
                                                                      Fax: 202-756-8087
                                                                      mhallerman@mwe.com, jdabney@mwe.com

                                                                    *Attorneys for Defendant Figures Toy Company*

## **CERTIFICATE OF SERVICE**

I hereby certify on December 22, 2017, I electronically filed the foregoing document—DEFENDANT FIGURES TOY COMPANY'S MOTION TO PARTIALLY DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT—with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record for Plaintiff:

>Duncan G. Byers, Esq.
>Anne C. Lahren, Esq.
>Pender & Coward, PC
>222 Central Park Ave, Suite 400
>Virginia Beach, VA 23462-3026
>dbyers@pendercoward.com
>alahren@pendercoward.com

/s/ Mary D. Hallerman
Mary D. Hallerman (Va. Bar No. 80430)
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, NW
Washington, DC 20001
Telephone: (202) 756-8738
Facsimile: (202) 756-8087
mhallerman@mwe.com