# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| PARKS, MILLICAN & MANN, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 2:16-cv-00522 |
| FIGURES TOY COMPANY | |
| and | |
| RING OF HONOR WRESTLING ENTERTAINMENT LLC, | |
| Defendants. | |

## [PROPOSED] ORDER

This matter came before the Court on Defendant Figures Toy Company's Motion to Partially Dismiss Plaintiff Parks, Millican & Mann, LLC's Third Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Having considered the parties' submissions and reviewed the allegations set forth in Plaintiff's Third Amended Complaint, I find that Plaintiff has failed to state claims for copyright infringement and violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1202, with respect to the Heavyweight World Championship Belt. I also find that Plaintiff has failed to state a claim for business conspiracy under Va. Code Ann. § 18.2-500. Therefore, it is hereby

ORDERED that Figures Toy Company's Motion to Partially Dismiss Plaintiff's Third Amended Complaint is GRANTED and that Plaintiff's claims for copyright infringement and violation of the Digital Millennium Copyright Act, 17 U.S.C. § 1202, with respect to the

2

Heavyweight World Championship Belt, and Plaintiff's claim for business conspiracy under Va. Code Ann. § 18.2-500 are DISMISSED WITH PREJUDICE.

Dated: _____, 2017

_____
The Honorable Robert G. Doumar
United States District Judge