# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| PARKS, MILLICAN & MANN, LLC,<br><br>                     Plaintiff,<br><br>      v.<br><br>FIGURES TOY COMPANY<br><br>and<br><br>RING OF HONOR WRESTLING ENTERTAINMENT LLC,<br><br>                     Defendants. | Civil Action No. 2:16-cv-00522 |

## NOTICE OF REQUEST FOR HEARING ON
## DEFENDANT FIGURES TOY COMPANY'S MOTION TO PARTIALLY DISMISS
## <u>PLAINTIFF'S THIRD AMENDED COMPLAINT</u>

      Defendant Figures Toy Company ("Figures") hereby provides notice of its request for a hearing on its Motion to Partially Dismiss Plaintiff's Third Amended Complaint (Dkt. No. 49).

Dated:  December 22, 2017

By:  /s/Mary D. Hallerman
Mary D. Hallerman (Va. Bar. No. 80430)
John J. Dabney (admitted *pro hac vice*)
McDermott Will & Emery LLP
The McDermott Building
Washington, D.C. 20001-1531
Tel: 202-756-8738
Fax: 202-756-8087
mhallerman@mwe.com, jdabney@mwe.com

*Attorneys for Defendant Figures Toy Company*

**CERTIFICATE OF SERVICE**

I hereby certify on December 22, 2017, I electronically filed the foregoing document—NOTICE OF REQUEST OF HEARING ON DEFENDANT FIGURES TOY COMPANY'S MOTION TO PARTIALLY DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT—with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record for Plaintiff:

> Duncan G. Byers, Esq.
> Anne C. Lahren, Esq.
> Pender & Coward, PC
> 222 Central Park Ave, Suite 400
> Virginia Beach, VA 23462-3026
> dbyers@pendercoward.com
> alahren@pendercoward.com

> /s/Mary D. Hallerman
> Mary D. Hallerman (Va. Bar No. 80430)
> MCDERMOTT WILL & EMERY LLP
> The McDermott Building
> 500 North Capitol Street, NW
> Washington, DC 20001
> Telephone: (202) 756-8738
> Facsimile: (202) 756-8087
> mhallerman@mwe.com

DM_US 87610238-1.093512.0012