IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

PARKS, MILLICAN & MANN, LLC

    Plaintiff

v.                                      CASE NO. 2:17-cv-00092

FIGURES TOY COMPANY

and

RING OF HONOR WRESTLING
ENTERTAINMENT LLC,

    Defendants

## DEFENDANT RING OF HONOR'S
## RULE 12(b)(6) PARTIAL MOTION TO DISMISS

Defendant, Ring of Honor Wrestling Entertainment, LLC ("ROH"), by counsel, files this Rule 12(b)(6) Partial Motion to Dismiss and relies upon the arguments and authorities set forth in the accompanying Memorandum in Support.

WHEREFORE, ROH respectfully requests that this Court grant its Rule 12(b)(6) Partial Motion to Dismiss and dismiss parts of Counts I and VII of the Third Amended Complaint along with all of Count V of the Third Amended Complaint, award costs incurred, and award attorney's fees under 17 U.S.C. § 505 and 17 U.S.C. § 1203.

Dated: December 23, 2017                Respectfully submitted,

                                                      RING OF HONOR WRESTLING
                                                      ENTERTAINMENT, LLC

                                                      By:   /Kristan B. Burch/
                                                      Kristan B. Burch, Esq. (VSB #42640)
                                                      Lauren Tallent Rogers, Esq. (VSB #82711)
                                                      Kaufman & Canoles, P.C.
                                                      150 W. Main Street

Suite 2100
Norfolk, VA 23510
(757) 624-3343
Facsimile: (757) 624-3169
kbburch@kaufcan.com
ltrogers@kaufcan.com
*Counsel for Ring of Honor Wrestling Entertainment, LLC*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and accurate copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system on this 23rd day of December, 2017, which will then send a notification of such filing to the following:

Duncan M. Byers
Ann C. Lahren
Pender & Coward, P.C.
222 Central Park Avenue, Suite 400
Virginia Beach, VA 23462
dbyers@pendercoward.com
alahren@pendercoward.com
*Counsel for plaintiff*


Mary Declan Hallerman
John Jay Dabney
Katie Bukrinsky
McDermott Will & Emery LLP
500 North Capitol St NW
Washington, DC 20001
mhallerman@mwe.com
jdabney@mwe.com
kbukrinsky@mwe.com
*Counsel for defendant, Figures Toy Company*

            /Kristan B. Burch/
           Kristan B. Burch, Esq. (VSB #42640)
           Lauren Tallent Rogers, Esq. (VSB #82711)
           Kaufman & Canoles, P.C.
           150 W. Main Street
           Suite 2100
           Norfolk, VA 23510
           (757) 624-3343
           Facsimile: (757) 624-3169
           kbburch@kaufcan.com
           ltrogers@kaufcan.com
           *Counsel for Ring of Honor Wrestling*
           *Entertainment, LLC*

16169705v1