https://cisiweb.scc.virginia.gov/instant.aspx

SCC Home |
Contact SCC |
Site Map |
Search




Virginia.gov

```
                                                                01/03/18
         LLCM3220            LLC DATA INQUIRY                   15:55:27
   LLC ID:    S332465 - 6   STATUS: 00 ACTIVE       STATUS DATE: 05/30/17
   LLC NAME:  Parks, Millican & Mann, LLC

DATE OF FILING: 07/09/2010  PERIOD OF DURATION:       INDUSTRY CODE: 00
STATE OF FILING: VA VIRGINIA           MERGER INDICATOR:
                       CONVERSION/DOMESTICATION INDICATOR:
          P R I N C I P A L    O F F I C E    A D D R E S S
   STREET:  1100 MILLERS LANE

      CITY: VIRGINIA BEACH          STATE: VA  ZIP: 23451-0000
          R E G I S T E R E D    A G E N T    I N F O R M A T I O N
 R/A NAME:  RICHARD P MANN

   STREET:  1100 MILLERS LANE
                                                           RTN MAIL:
      CITY: VIRGINIA BEACH          STATE: VA  ZIP: 23451-0000
R/A STATUS: 1 MEMBER/MANAGER   EFF DATE: 10/30/12 LOC: 228 VIRGINIA BEACH
       YEAR      FEES      PENALTY     INTEREST      BALANCE
        17      50.00
```

(Screen Id:/LLC_Data_Inquiry)

EXHIBIT
tabbies
1