# COPYRIGHT ASSIGNMENT

WHEREAS, Richard Patrick Mann, an Individual and officer of Parks, Millican & Mann, LLC, residing at 1100 Millers Lane, Virginia Beach, Va. 23451, (hereinafter termed AUTHOR), has created original works of authorship fixed in a tangible medium of expression (hereinafter termed WORKS), namely the following materials:

"2012 ROH World Heavyweight Championship Belt"

created in 2012, first published on December 13, 2012, registered with the United States Copyright Office, Registration No. VA0002067750, with a registration date of September 19, 2017.

WHEREAS, Parks, Millican & Mann, LLC, a Virginia Limited Liability Company with a principle address of 1100 Millers Lane, Virginia Beach, Va. 23451, is desirous of acquiring co-ownership right, title, and interest in and to said WORKS and in and to any copyrights thereon arising and/or granted in the United States and foreign countries;

NOW, THEREFORE, for other goods and valuable consideration received by said AUTHOR from said ASSIGNEE, the receipt and sufficiency of which is hereby acknowledged by said AUTHOR,

1.      AUTHOR does hereby sell, assign, transfer, and convey unto ASSIGNEE, co-ownership right, title, and interest in and to said WORKS and in and to any and all copyrights on said WORKS that may arise and/or may be granted in the United States and any foreign country, and including each and every derivative WORK arising from said WORKS.

EXHIBIT
2

2.    AUTHOR does hereby covenant and agree to cooperate with ASSIGNEE whereby ASSIGNEE may enjoy to the fullest extent the right, title, and interest herein conveyed.  Such cooperation shall include:

a)    prompt execution of all papers (prepared at the expense of ASSIGNEE) which are deemed necessary or desirable by ASSIGNEE to perfect in it the right, title, and interest herein conveyed;

b)    prompt execution of all petitions, oaths, specifications, declarations, or other papers (prepared at the expense of ASSIGNEE) which are deemed necessary or desirable by ASSIGNEE for obtaining copyright registration in the United States and/or foreign countries covering said WORKS or works derived from said WORKS; and

c)    prompt assistance and cooperation in the prosecution of legal proceedings involving said WORKS or derivative works therefrom, said registrations granted thereon, including proceedings before any Copyright Office of the United States or any foreign country, and court actions, provided, however, that the expense which may be incurred by said AUTHOR in lending such assistance and cooperation be paid by ASSIGNEE.

3.    The terms, covenants, and provisions of this assignment shall inure to the benefit of ASSIGNEE, its successors, assigns, and/or other legal representatives, and shall be binding upon said AUTHOR, his respective heirs, legal representatives, and assigns.

4.    AUTHOR warrants and represents that he has not entered into any assignment, contract, or understanding in conflict herewith.

---

5.      This instrument contains the entire and only agreement between the parties and supersedes all pre-existing agreements between them respecting its subject matter. Any representation, promise, or condition in connection with said subject matter that is not incorporated in this agreement shall not be binding upon either party. No modification, renewal, extension, and/or waiver of this agreement or any of its provisions shall be binding upon the party against whom enforcement of such modification, renewal, extension, or waiver is sought, unless made in writing and signed on behalf of such party by one in authority to do so.

6.      THIS ASSIGNMENT IS EFFECTIVE AS OF THE DATE OF THE CREATION OF THE WORK.

IN WITNESS WHEREOF, the AUTHOR has executed and delivered this instrument this _2_ day of January, 2018.

Richard Patrick Mann

STATE OF VIRGINIA

On _January 2_, 2018, before me, _Nicole Greene_, the undersigned, a Notary Public in and for said State, personally appeared _Richard Patrick Mann_, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) whose name is/are subscribed to the within instrument and acknowledged that he/she/they executed the same.

WITNESS my hand and official seal.

_Nicole R. Greene_
Signature

[SEAL]

NICOLE RACHELLE GREENE
COMMONWEALTH
REGISTRATION NO.
7645817
MY COMM. EXPIRES
07/31/2019
OF VIRGINIA
NOTARY PUBLIC

---

Copyright Assignment to PMM; 2012 ROH World Heavyweight Championship Belt          Page 3 of 3