# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# NORFOLK DIVISION

| | |
|---|---|
| PARKS, MILLICAN & MANN, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 2:16-cv-00522 |
| FIGURES TOY COMPANY | |
| and | |
| RING OF HONOR WRESTLING ENTERTAINMENT LLC, | |
| Defendants. | |

## DEFENDANT FIGURES TOY COMPANY'S
## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
## MOTION TO PARTIALLY DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1)(B), Defendant Figures Toy Company ("Figures") respectfully requests leave to file its Reply in Support of Its Motion to Partially Dismiss Plaintiff Parks, Millican & Mann, LLC's ("Plaintiff's) Third Amended Complaint (previously submitted to the Court as Dkt. No. 58 and attached hereto as Exhibit A). Counsel for Figures inadvertently miscalculated the deadline for filing the Reply as Friday, January 12, 2018, rather than Thursday, January 11, 2018. Plaintiff will not suffer any prejudice by permitting the filing of Figures's reply brief. No hearing date has been set on Figures's Motion to Partially Dismiss Plaintiff's Third Amended Complaint. Figures further states that this Court previously granted leave for Plaintiff to file its Second Amended Complaint out of time. (*See* Dkt. No. 24.)

For good cause shown, Figures respectfully asks this Court to consider its Reply Brief (previously submitted to the Court as Dkt. No. 58 and attached hereto as Exhibit A) timely filed.

On January 16, 2018, counsel for Figures contacted counsel for Plaintiff concerning this motion.

Plaintiff does not oppose the relief requested in this motion.

| | |
|---|---|
| Dated: January 16, 2018 | By: /s/Mary D. Hallerman<br>Mary Hallerman (Va. Bar. No. 80430)<br>John J. Dabney (admitted *pro hac vice*)<br>McDermott Will & Emery LLP<br>The McDermott Building<br>Washington, D.C. 20001-1531<br>Tel: 202-756-8738<br>Fax: 202-756-8087<br>mhallerman@mwe.com, jdabney@mwe.com<br><br>*Attorneys for Defendant Figures Toy Company* |

## **CERTIFICATE OF SERVICE**

I hereby certify on January 16, 2018, I electronically filed the foregoing document—DEFENDANT FIGURES TOY COMPANY'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO PARTIALLY DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT—with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record for Plaintiff:

>Duncan G. Byers, Esq.
>Anne C. Lahren, Esq.
>Pender & Coward, PC
>222 Central Park Ave, Suite 400
>Virginia Beach, VA 23462-3026
>dbyers@pendercoward.com
>alahren@pendercoward.com

>/s/ Mary D. Hallerman
>Mary D. Hallerman (Va. Bar No. 80430)
>MCDERMOTT WILL & EMERY LLP
>The McDermott Building
>500 North Capitol Street, NW
>Washington, DC 20001
>Telephone: (202) 756-8738
>Facsimile: (202) 756-8087
>mhallerman@mwe.com