IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| PARKS, MILLICAN & MANN, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>FIGURES TOY COMPANY<br><br>and<br><br>RING OF HONOR WRESTLING ENTERTAINMENT LLC,<br><br>       Defendants. | Civil Action No. 2:16-cv-00522 |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Parks Millican & Mann, LLC and Figures Toy Company hereby stipulate to the dismissal with prejudice of all claims asserted by Plaintiff Parks, Millican & Mann LLC against Defendants Figures Toy Company and Ring of Honor Wrestling Entertainment, LLC and all counterclaims asserted by Defendant Figures Toy Company against Plaintiff Parks, Millican & Mann LLC.

Dated: December 14, 2018

| | |
|---|---|
| By: <u>/s/Duncan G. Byers</u><br>Duncan G. Byers, Esq.<br>Anne C. Lahren, Esq.<br>Pender & Coward, PC<br>222 Central Park Ave, Suite 400<br>Virginia Beach, VA 23462-3026<br>dbyers@pendercoward.com<br>alahren@pendercoward.com<br><br>*Attorneys for Plaintiff Parks, Millican & Mann LLC* | By: <u>/s/Mary Hallerman</u><br>Mary Hallerman (Va. Bar. No. 80430)<br>John J. Dabney (to apply *pro hac vice*)<br>McDermott Will & Emery LLP<br>The McDermott Building<br>Washington, D.C. 20001-1531<br>mhallerman@mwe.com, jdabney@mwe.com<br><br>*Attorneys for Defendant Figures Toy Company* |